U.S. District Court
Southern District Of New York
Civil Docket Case # 19-CV-11265

Curtis McDaniel

                    Plaintiff

        against

The City Of New York

                        defendants

Background,
Plaintiff using the court's prisoner
complaint form brings claims stemming from
his July 14,2015 arrest in manhattan. The
case was arraigned on July 15,2015 and
indicted a the grand Jury under 2635/15
the case went all the way up to
pretrial motions and hearing than was
restarted and reindicted on 03/25/16.
This was all done on docket#2015NY044
875 and arrest Number #M15651828
and CCN. 67224867. The case was
dissmissed on november 4 do to a
Suppression of evidence motin/probible cause.

# Jurisdiction

° Jurisdiction mean the power or competence of a court to try a case.

° Jurisdiction of court and authority of the Judge.

° Jurisdiction over a particular matter derives from the Jurisdiction of the court, and is not dependent upon the authority of the Judge. The New York State Constitution provides that Judges may be designated to sit temporarily out of the court of their original election or appointment. As such, a Superior court Justice sitting by designation in a local criminal court. Conversely, a local criminal court Judge sitting by designation in a superior court exercises the authority of a Justice of the Superior court. Such temporary assignment can result in unusual modifications of Judicial protocol. In one case, a supreme court Justice sitting in the local

Criminal court signed a search warrant. Subsequently the Justice court, a local criminal court, invalidated the search warrant and granted the defendants motion to suppress evidence. The fact that a Supreme Justice court had signed the warrant did not enhance the Jurisdiction of the local criminal court in which the Justice temporarily sat.

I was falsely arrested do to a car stop in which police lied about the tail lights being broken and later found out that they didn't have to right to chase and arrest me over a -office violation only the driver. Further more 2 weapon were found and two people ran the entire thing was on camera and my innocence is seen, but I was prosecuted and told to take a plea bargain for 10 years.

Claim against the City Of New York Lack Personal Jurisdiction / Jurisdiction to present knowedge or trial the case

The case Docketed #2015NY044375 had no one harmed or injured in any act because this was a possession of weapon and further more the case went to arrignment twice ignoring my speedy trial motion maliciously on three different occasions the final on the second indictment number 1½ years later dismissed by a probable cause issue. Further more I committed no common law crime

Lack of Jurisdiction of Judicial officers

The city of new allowed 10 Judges on this case that are not appionted/elected officails that filed with the secritary of state intiate prosecution indictment, and create motion orders and decision when they are at best administrative Judge that are only allowed to collect information. Further more they are sitting permanitly in a temporary seat to have Jurisdiction which is illegal, while also not protecting my rights under the constitution

## Untimely Claims

As for the statute of limitations I plead insanity because of the many pressures of being arrested multiple times 2015/2018 2time/2019 gave me slight Schizophrenia, Suicidal/homicidal, bipolar, and a assortment of phobias, depression, ect. I also lost 2 apartment, took a budget cut to pay 20k to my lawyer that left in the middle of my case, left my kids durring each period of li conservation. got beat up by officers, got my apartment broken in to 3 times, my dog got beaten the killed, my grand ma and her boy friend that raised me died, lost my job after he died, my kids are getting touched, beaten, and druged. There has been a ton of circumstances. I spoken to lawyers at 80 center street to get help my name should be log in their system, I ask Lyn henderson and she reffered me to John sims and he told me to wait untill the case was over. I dilligently tried to pursue my rights. My phone calls with

| Anna M. Kross Correctional Facility | Lisa Alleyne-Moore, NP |
|---|---|
| 18-18 Hazen Street  East Elmhurst, NY 11370 | Nurse Practitioner |
| Tel: 347-774-7000   Fax: 347-774-8088 | |

| **Patient:** | MCDANIEL, CURTIS O | **01/02/2020** |
|---|---|---|
| **DOB:** | 08/05/1989, Sex: Male | |
| **Address:** | 2745 FDR BLVD, 2C, 7, NY, NY 10031 | |
| **Phone:** | | |

| **Ordered Date:** | 03/10/2019 |
|---|---|
| **Assessments:** | Encounter for general adult medical examination without abnormal findings |
| **Lab:** | Urine Drug Screen |
| **Fasting:** | No |
| **Specimen:** | Collection Date:03/10/2019   Time:4:53 AM   Source:urine |
| **Clinical Info:** | |

| Name | Value | Reference Range |
|---|---|---|
| Benzos | neg | |
| Cocaine | neg | |
| Meth | neg | |
| Morphine/Opiates | neg | |
| Amphetamines | neg | |
| Morphine | neg | |
| Oxycodone | neg | |
| Bupenorphine | neg | |
| **Result:** | Normal/Negative/Non-Reactive | |
| **Received Date:** | 03/10/2019 | |
| **Notes:** | Perrin,Brandi 3/10/2019 4:53:44 AM > Normal/Negative/Non-Reactive | |

Patient Name: MCDANIEL, CURTIS O , DOB: 08/05/1989



**NYC HEALTH+ HOSPITALS**

**MCDANIELS, CURTIS**

NYSID: 00474252R  BookCase: 3491507991
Facility Code: AMKC  Housing Area: QUAD-L8
25 Y old  Male, DOB: 08/05/1989
133 W. 130TH ST, 5, 7, NY, NY-10027

Insurance: Self Pay

Appointment Facility: Anna M. Kross Correctional Facility

07/27/2015                              Appointment Provider: Daniel Boadu, NP

**Current Medications**

Selenium Sulfide 2.5 % Lotion 1 application to affected area Daily, stop date 07/31/2015
Albuterol Sulfate HFA 108 (90 base) MCG/ACT Aerosol Solution 2 puffs Every 6 Hours, as needed, stop date 10/14/2015
Trazodone HCl 50 mg Tablet 1 tab At Bedtime, stop date 07/27/2015
Risperdal 0.5 MG Tablet 1 tablet Twice a Day, stop date 07/27/2015

**Past Medical History**

Chickenpox

**Allergies**

FISH: hives: Allergy
MILK: diarrhea: Allergy

**Reason for Appointment**

1. Medication follow-up

**History of Present Illness**

TEMPLATES:

PSYCHIATRY - MEDICATION REEVALUATION

SUBJECTIVE:
    Subjective
    =  Patient states, "I'm not coming out of my cell; otherwise I will kill everyone"
        Pt states that he is taking his medication; denies any subjective mood changes and offers no specific complaints at this time. He states that he prefers staying in his cell so that he does not get into any problems with his peers.

BRIEF SUMMARY ASSESSMENT AND PLAN:
    Brief Summary Assessment and Plan
    Brief Summary Assessment and Plan (describe in Notes field):  Pt is 25 y/o Black male, presents with persisting grandiose delusional thinking (has thousands of dollars) and threatening homicide of other inmates, no suicidal intentions elicited. He remains however non-suicidal. Will increase his Risperdal 1 mg twice daily with continued management on Trazodone 50 mg at bedtime for management of his mood and improve psychotic symptoms. Consider a mood stabilizer as Lithium or Depakote on his re-evaluation if mood manic symptoms persist. .

**Examination**

OBJECTIVE:
    Objective
    =  Pt appears irritable, pressured of speech and threatening homicide of other inmates. He however seems to be funtioning fairly well at this time. Pt currently presents no imminent danger to himself.

MENTAL STATUS:
    Appearance:
    = Chronological Age,Normal Weight,Well Groomed,Well Dressed

    Behavior:
    = Cooperative,Relates Well,Accessible

Patient: MCDANIELS, CURTIS   DOB: 08/05/1989   Progress Note: Daniel Boadu, NP   07/27/2015
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...   4/30/2019

Mood:
  = *Irritable*

Affect:
  = *Appropriate*

Impulse control:
  = *Adequate*

Thought process:
  = *Spontaneous,Relevant,Goal Directed*

Thought content:
  = *Normal*

Perceptual disturbance:
  = *Paranoid delusions, Grandiose delusions*

Suicidal:
  = *No Suicidal Thoughts*

Homicidal:
  = *Homicidal Thoughts,Threatening Behavior*

Insight:
  = *Aware Accepts Treatment*

Judgment:
  = *Mildly Impaired*
MEDICATION SIDE EFFECT:
  Medication Side Effect
    Medication Side Effect: *No*

PATIENT EDUCATION - SIDE EFFECTS:
  Patient education - side effects
    -Patient education provided on side effects of proposed
medication: *Yes Patient made aware about adverse effects of
medications & asked to seek help if needed*

MEDICATION COMPLIANCE:
  If varying compliance between medications, please list and describe
in Notes field
    = percent *31 Risperdal*
    = percent *57 Trazodone*
      *Compliance verified with pharmacy document. Patient was
educated about the benefits and the importance of compliance with
treatment.*
CHANGE IN MEDICATION:
  Change in Medication
    Change in medication regimen: *Yes*
    Describe: *Rational for medication change Increase Risperdal for
persisting mood disturbance and psychotic features*

Patient: MCDANIELS, CURTIS   DOB: 08/05/1989   Progress Note: Daniel Boadu, NP   07/27/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...   4/30/2019

**Assessments**
1. SMI - NO - RI50
2. CANNABIS ABUSE-UNSPEC - 305.20
3. ALCOHOL ABUSE-UNSPEC - 305.00
4. Lactose intolerance/malabsorption - 271.3
5. Axis I: Unspecified psychosis - 298.9
6. Mood disorder NOS - 296.90
7. CANNABIS DEPEND-CONTIN - 304.31
8. Axis II: Antisocial personality disorder - 301.7
9. Axis III: ASTHMA NOS - 493.90

Axis IV: Legal/criminal system problems

Axis V: GAF 61-70 Some mild symptoms. (e.g., depressed mood); or some difficulty in social, occupational, or school functioning.

**Treatment**
**1. Unspecified psychosis**
Start Trazodone HCl Tablet, 50 mg, 1 tab, Orally, At Bedtime, 7 days, Pharmacy-Non Carry
Start Risperdal Tablet, 1 MG, 1 tablet, Orally, Twice a Day, 7 days, Pharmacy-Non Carry

**2. Others**
Stop Trazodone HCl Tablet, 50 mg, 1 tab, Orally, At Bedtime, 7 days, Pharmacy-Non Carry
Stop Risperdal Tablet, 0.5 MG, 1 tablet, Orally, Twice a Day, 7 days, 14

**Follow Up**
1 Week (Reason: Medication follow up)

Disposition: MO Housing-Cell


**Appointment Provider: Daniel Boadu, NP**




**Electronically signed by Daniel Boadu NP, NP on 07/27/2015 at 02:19 PM EDT**

**Sign off status: Completed**

Patient: MCDANIELS, CURTIS    DOB: 08/05/1989    Progress Note: Daniel Boadu, NP    07/27/2015
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)


https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...    4/30/2019

Summary View for MCDANIELS, CURTIS                                        Page 4 of 4

Anna M. Kross Correctional Facility
18-18 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-3550
Fax:

Patient: MCDANIELS, CURTIS   DOB: 08/05/1989   Progress Note: Daniel Boadu, NP   07/27/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*


**NYC HEALTH+ HOSPITALS**

## MCDANIELS, CURTIS

NYSID: 00474252R BookCase: 3491507991
Facility Code: MDC Housing Area: RR
25 Y old Male, DOB: 08/05/1989
133 W. 130TH ST, 5, 7, NY, NY-10027

Insurance: Self Pay
**Appointment Facility: Anna M. Kross Correctional Facility**

---

**07/20/2015**                          **Appointment Provider: Provider1**

### Current Medications
Selenium Sulfide 2.5 % Lotion 1 application to affected area Daily, stop date 07/31/2015
Albuterol Sulfate HFA 108 (90 base) MCG/ACT Aerosol Solution 2 puffs Every 6 Hours, as needed, stop date 10/14/2015
Sertraline HCl 50 mg Tablet 1 tab At Bedtime, stop date 07/26/2015
Trazodone HCl 50 mg Tablet 1 tab At Bedtime, stop date 07/26/2015

### Past Medical History
Chickenpox

### Allergies
FISH: hives: Allergy
MILK: diarrhea: Allergy

### Reason for Appointment
1. MDC Referral. S/W

### History of Present Illness
TEMPLATES:

　　PSYCHIATRY - MEDICATION REEVALUATION
SUBJECTIVE:
　　Subjective
　　= Patient states, *"I'm not suicidal; I feel like killing the dude inmates harrasing me"*
BRIEF SUMMARY ASSESSMENT AND PLAN:
　　Brief Summary Assessment and Plan
　　Brief Summary Assessment and Plan (describe in Notes field):  *Pt is 25 y/o Black male, presents with grandiose delusional thinking and threatening homicide of other inmates, no suicidal intentions elicited. Pt endorses symptoms consistent with psychosis including grandiose and paranoid delusional thingking. He has a strong family history of mental illness with his report of x2 uncles diagnosed with Schizophrenia and will provisionally be assigned diagnosis of Psychosis NOS. He is however non-suicidal and will be discontinued suicide watch. Will start Risperdal 0.5 mg twice daily with continued management on Trazodone 5mg at bedtime for management of his mood and psychotic symptoms.*

　　　　　　　　．

### Examination
OBJECTIVE:
　　Objective
　　= *Pt appears irritable, pressured of speech and threatening homicide of other inmates. He however seems to be funtioning fairly well at this time. Pt currently presents no imminent danger to himself.*
MENTAL STATUS:
　　Appearance:
　　= *Chronological Age,Normal Weight,Well Groomed,Well Dressed*

　　Behavior:
　　= *Cooperative,Relates Well,Accessible*

　　Mood:

---

Patient: MCDANIELS, CURTIS   DOB: 08/05/1989   Progress Note: Provider1   07/20/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...   4/30/2019

      = *Anxious,Irritable*

Affect:
   = *Appropriate*

Impulse control:
   = *Adequate*

Thought process:
   = *Spontaneous,Relevant,Goal Directed*

Thought content:
   = *Normal*

Perceptual disturbance:
   = *Paranoid delusions, Grandiose delusions*

Suicidal:
   = *No Suicidal Thoughts*

Homicidal:
   = *Homicidal Thoughts,Threatening Behavior*

Insight:
   = *Aware Accepts Treatment*

Judgment:
   = *Mildly Impaired*
MEDICATION SIDE EFFECT:
   Medication Side Effect
      Medication Side Effect: *No*
         .

PATIENT EDUCATION - SIDE EFFECTS:
   Patient education - side effects
      -Patient education provided on side effects of proposed
medication: *Yes Patient made aware about adverse effects of
medications & asked to seek help if needed*
         .

MEDICATION COMPLIANCE:
   If varying compliance between medications, please list and describe
in Notes field
      = percent  *New Intake*
         .

CHANGE IN MEDICATION:
   Change in Medication
      Change in medication regimen: *No*
         .

**Assessments**
1. SMI - NO - RI50
2. Axis I: Unspecified psychosis - 298.9
3. Mood disorder NOS - 296.90
4. CANNABIS ABUSE-UNSPEC - 305.20

Patient: MCDANIELS, CURTIS   DOB: 08/05/1989   Progress Note: Provider1   07/20/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...   4/30/2019

5. ALCOHOL ABUSE-UNSPEC - 305.00
6. Axis II: Antisocial personality disorder - 301.7
7. Axis III: Lactose intolerance/malabsorption - 271.3

Axis IV: Legal/criminal system problems

Axis V: GAF 51-60 Moderate symptoms. (e. g., flat affect and circumstantial speech, occasional panic attacks) OR moderate difficulty in school, occupational, or school functioning (e.g., few friends, conflicts with peers or co-workers).

**Treatment**
**1. Unspecified psychosis**
Start Trazodone HCl Tablet, 50 mg, 1 tab, Orally, At Bedtime, 7 days, Pharmacy-Non Carry
Start Risperdal Tablet, 0.5 MG, 1 tablet, Orally, Twice a Day, 7 days, Pharmacy-Non Carry

**2. Others**
Stop Sertraline HCl Tablet, 50 mg, 1 tab, Orally, At Bedtime, 7 days, Pharmacy-Non Carry
Continue Trazodone HCl Tablet, 50 mg, 1 tab, Orally, At Bedtime, 7 days, Pharmacy-Non Carry

**Follow Up**
1 Week (Reason: Medication follow up)

Disposition: MO Housing-Cell
Notes: Discontinue Suicide Watch

**Appointment Provider: Provider1**



**Electronically signed by Daniel Boadu NP, NP on 07/20/2015 at 07:48 AM EDT**

**Sign off status: Completed**

---

Anna M. Kross Correctional Facility

Patient: MCDANIELS, CURTIS   DOB: 08/05/1989   Progress Note: Provider1   07/20/2015
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...   4/30/2019

Summary View for MCDANIELS, CURTIS                                   Page 4 of 4

18-18 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-3550
Fax:

Patient: MCDANIELS, CURTIS    DOB: 08/05/1989    Progress Note: Provider1    07/20/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# MCDANIELS, CURTIS

NYSID: 00474252R  BookCase: 3491507991
Facility Code: MDC  Housing Area: 5S
25 Y old  Male, DOB: 08/05/1989
133 W. 130TH ST, 5, 7, NY, NY-10027

Insurance: Self Pay

Appointment Facility: Manhattan Detention Center

07/19/2015                                    Appointment Provider: Debra Mayers, NP

**Current Medications**
Selenium Sulfide 2.5 % Lotion 1 application to affected area Daily, stop date 07/31/2015
Albuterol Sulfate HFA 108 (90 base) MCG/ACT Aerosol Solution 2 puffs Every 6 Hours, as needed, stop date 10/14/2015

**Past Medical History**
Chickenpox

**Allergies**
FISH: hives: Allergy
MILK: diarrhea: Allergy

**Reason for Appointment**
1. DOC STAT REFERRAL

**History of Present Illness**

TEMPLATES:

    PSYCHIATRIC ASSESSMENT
INITIAL ASSESSMENT REASON FOR NOT SEEN:
    Initial Assessment Reason for Not Seen
    Initial Assessment Reason for Not Seen  *Pt was seen today as a STAT referral from DOC.*

PSYCKES:
    PSYCKES
    PSYCKES Clinical Summary Reviewed?  *Chart reviewed and no psyckes clinical summary found.*

COMMUNITY MEDICATION FILL HISTORY:
    Did you check Community Medication Fill Database?
    Did you check Community Medication Fill Database?  *Yes /*
    Behavioral Health Medications from Community Medication Fill History (Copy/Paste from Database) /, Patient Not Found.
    What medication are you currently taking? (As reported by patient) /None.
SPOKEN LANGUAGE:
    Spoken language
    Interpreter needed: *No*
    .

CHIEF COMPLAINT AND HISTORY OF PRESENT ILLNESS:
    Chief Complaint and History of Present Illness
    Chief Complaint (patient's report)  *Pt stated he is homosocial right now and will hurt others; he stated he will cut or slash others.*
    History of present illness (include at minimum any history of psychosis, mood or anxiety, etc.):  *Pt. is a 25 y/o male who presented for STAT psychiatric assessment by DOC. Pt. stated he was never diagnosed with any form of mental illness. He stated he facing 8 years of jail time and don't want to do any. He feels the sentencing they are proposing does not fit the crime. Pt was asked if he was suicidal or homicidal and he reported he is feeling homicidal right now. He stated he will cut or slash anyone that keep coming. He reported he already*

Patient: MCDANIELS, CURTIS   DOB: 08/05/1989   Progress Note: Debra Mayers, NP   07/19/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

*got into an altercation on the unit and he is will cut or slash. Pt asked if he can be in safe housing to prevent him from hurting other. This information was reported to the officer and TNF was completed and given to DOC officer. Psych on call at C71 was notified that pt will be transfer on SI/HI watch. Dr. Rosenberg was notified of this recommendations also. Pt stated he uses cannabis and alcohol. Pt stated he has no prior mental health history and not taking any psychotropic. He reported feeling depressed and having anxiety due to his proposed 8 years of incarcerated time. Pt denies any hospitalization. Pt denies hearing any voices, delusion or hallucinations. Community check stated pt not found and no psyches clinical summary found.*

PAST PSYCHIATRIC HISTORY:
    Psychiatric history
        Have you been in psychiatric treatment before:  *No*
        List current psychiatric medications and compliance in Notes field:  *None*
        Have you been hospitalized before:  *No*

HISTORY OF SUICIDE ATTEMPTS AND SELF INJURY:
    History of suicide attempts and self injury
        Have you tried to hurt yourself in past:  *No*

FAMILY AND TRAUMA HISTORY:
    Family and Trauma History
        Current Housing:  *Rent*
        Family structure:  *Single*
        Children:  *3*
        Siblings  *2*
        Describe nature of relationships (enter in Notes field):  *none*
        Anyone in your family been diagnosed with mental illness:  *PT DENIES*
        Anyone in your family have history of completed suicide:  *PT DENIES*
        If trauma reported, please describe who, what, where (jail or other setting)  *None*

SUBSTANCE ABUSE (INCLUDING ALCOHOL) HISTORY:
    Substance abuse (including alcohol) history
        Substance abuse (including alcohol) history:  *Yes*
        Do you drink Alcohol:  *Yes*
        Administer CAGE:  *Pt denies*
        When was last drink:  *07/15/2015*
        Ever get sick when you stop drinking:  *No*
        Drug use history:  *Yes*
        List of Substances:  *Cannabis*
        Select negative consequences of use:  *Arrest, Loss of relationships*
        Number of times used per week, first and last use:  *daily*
        Are you in a methadone program:  *Pt denies*
        Type of treatment prior to arrest:  *Pt denies*

FORENSIC DATA:

Patient: MCDANIELS, CURTIS   DOB: 08/05/1989   Progress Note: Debra Mayers, NP   07/19/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...   4/30/2019

Forensic data
    Current charges (identify if patient self reports):  *Gun charge*
    Incarcerated before:  *Pt reported previous incarcerations*
    Date of prior incarceration:  *3/24/2014*
    Where was prior incarceration:  *RI*
    .

SMI NARRATIVE ASSESSMENT:
    REMINDER: **YOU MUST COMPLETE THE SMI
NARRATIVE ASSESSMENT FORM (Open form via the 'SF'
drop-down located in the patient dashboard)**.
SMI REMINDER:
    PLEASE SELECT SMI STATUS USING ASSESSMENT WINDOW
BELOW
    .*SMI NO*
MEDICATION:
    Medication
    On Brad H medication for non-psych reasons:  *No /*
    On SMI medication but patient not SPMI:  *No /*
    Date medication first prepared in jail:  /

MENTAL HEALTH -- CURRENT AND HX:
    Mental Health -- Current and Hx
        Mental Health Hx? (If yes, describe in Notes field)  *No*
        Current suicidal ideation/plan?  *Yes Pt stated he is "homicidal
and will harm others. He stated he will cut or slash anyone that kept
coming".*
    Remove client from BradH Cohort [has been treated less than 3
times]?  *Yes /*
    Does client need further treatment for mental illness?  *Yes /*
    .

**Examination**

MENTAL STATUS:
    Appearance:
    =  ., *Pt Alert & O x 3*

    Behavior:
    =  *Cooperative,Good Eye Contact*

    Activity:
    =  *No Abnormal Movements*

    Attention:
    =  *Alert*

    Speech:
    =  *Rapid*

    Language:
    =  *Normal*

    Orientation:
    =  *Fully Oriented*

Patient: MCDANIELS, CURTIS   DOB: 08/05/1989   Progress Note: Debra Mayers, NP   07/19/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...   4/30/2019

Concentration:
= *Adequate*

Mood:
= *Anxious,Irritable,Angry*

Affect:
= *Appropriate*

Impulse control:
= *Poor Control*

Thought process:
= *Goal Directed,Spontaneous*

Intellectual functioning:
= *Average*

Thought content:
= *Normal*

Perceptual disturbance:
= *No Perceptual Distortions*

Memory:
= *No Memory Impairment*

Suicidal:
= *No Suicidal Thoughts*

Homicidal:
= *Homicidal Thoughts,Threatening Behavior,Actively Homicidal*

Insight:
= *Aware Accepts Treatment*

Judgment:
= *Mildly Impaired*

RISK ASSESSMENT:
Risk Assessment
   Does patient have (select all that apply and describe in Notes field): *homicidal thoughts, homicidal intent, homicidal plan Pt stated he is "homicidal and will harm other. He stated he will cut or slash anyone that kept coming".*
   If so, has he/she made preparations: *No*
   Is the patient imminently suicidal (consider hospitalization): *No*
   If so, what factors may precipitate an attempt: *INCREASE IN STRESSORS AND/OR SXS, Exacerbation of Sx/Stressors, Incarceration*
   What precautions are being taken to minimize risk: *Medications, , Initiate suicide watch status; C71 transfer.*
   Some risk factors for suicide: *Hopeless , Persistent Helplessness,*

Patient: MCDANIELS, CURTIS   DOB: 08/05/1989   Progress Note: Debra Mayers, NP   07/19/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...   4/30/2019

*Irrationality, Rage, Major mood disorder, Lack or perceived lack of support system*
    Protective Factors: *Coping Skills, Good past response to stress, Capacity for reality testing, Hope for future, Engagement with treatment, Positive familial relationships, Positive peer relationships, Adjusted to environment*
    Have you tried to hurt yourself in the past *No*

CLINICAL FORMULATION:
    Clinical formulation
    Clinical formulation (Include interpersonal relationships, strengths, weakness, Hx of psychiatric illness, summary of clinical Hx, patterns of coping, substance abuse, impressions as to validity of symptoms/information, diagnosis.): *My clinical formulation is the following: Pt. is a 25 y/o male who presented for STAT psychiatric assessment by DOC. Pt. stated he was never diagnosed with any form of mental illness. He stated he facing 8 years of jail time and don't want to do any. He feels the sentencing they are proposing does not fit the crime. Pt was asked if he was suicidal or homicidal and he reported he is feeling homicidal right now. He stated he will cut or slash anyone that keep coming. He reported he already got into an altercation on the unit and he is will cut or slash. Pt asked if he can be in safe housing to prevent him from hurting other. This information was reported to the officer and TNF was completed and given to DOC officer. Psych on call at C71 was notified that pt will be transfer on SI/HI watch. Dr. Rosenberg was notified of this recommendations also. Pt stated he uses cannabis and alcohol. Pt stated he has no prior mental health history and not taking any psychotropic. He reported feeling depressed and having anxiety due to his proposed 8 years of incarcerated time. Pt denies any hospitalization. Pt denies hearing any voices, delusion or hallucinations. Community check stated pt not found and no psyches clinical summary found. PLAN: C71; Trazodone 50 mg and Sertraline 50 mg.*

PRELIMINARY TREATMENT PLAN:
    Preliminary treatment plan
    -Problem Identified: *The following problems have been identified: Depression, Mood swings, Substance abuse, DOC Referal =*
    -Goals: *The following goals have been identified: Reduce anxiety, Reduce Depression, Normalize feelings, Maintain Function, Mental Health Treatment, STABILIZE, ADJUST ADEQUATELY*
    -Suggested treatment: *The following treatment(s) have been suggested: C 71 on suicidal watch.*

PATIENT EDUCATION - SIDE EFFECTS:
    Patient education - side effects
    -Patient education provided on side effects of proposed medication: *Yes Patient made aware about adverse effects of medications & asked to seek help if needed, Patient was educated about compliance with treatment.*

MODIFIED ABNORMAL INVOLUNTARY MOVEMENT SCALE:
    Modified abnormal involuntary movement scale

Patient: MCDANIELS, CURTIS   DOB: 08/05/1989   Progress Note: Debra Mayers, NP   07/19/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...   4/30/2019

-Facial/oral movements: *N/A*
-Extremity movements *N/A*
-Trunk movements: *N/A*
-Global judgements: *N/A*
.

**Assessments**
1. SMI - NO - RI50
2. Axis I: Mood disorder NOS - 296.90
3. CANNABIS DEPEND-CONTIN - 304.31
4. Adjustment disorder with mixed anxiety and depressed mood - 309.28
5. ALCOHOL ABUSE-UNSPEC - 305.00
6. Axis II: Antisocial personality disorder - 301.7
7. Axis III: ASTHMA NOS - 493.90

Axis IV: Legal/criminal system problems

Axis V: GAF 41-50 Serious symptoms (e.g., suicidal ideation, severe obsessional rituals, frequent shoplifting) OR any serious impairment in social, occupational, or school functioning.

**Treatment**
**1. Adjustment disorder with mixed anxiety and depressed mood**
Start Sertraline HCl Tablet, 50 mg, 1 tab, Orally, At Bedtime, 7 days, Pharmacy-Non Carry
Start Trazodone HCl Tablet, 50 mg, 1 tab, Orally, At Bedtime, 7 days, Pharmacy-Non Carry

**Follow Up**
7/20/15

Disposition: C-71 Admission to Dorm/Cell
Notes: C71 Transfer

**Appointment Provider: Debra Mayers, NP**



**Electronically signed by Debra Mayers NP, NP on 07/19/2015 at 07:23 PM EDT**

**Sign off status: Completed**

Patient: MCDANIELS, CURTIS   DOB: 08/05/1989   Progress Note: Debra Mayers, NP   07/19/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...   4/30/2019

**Manhattan Detention Center**
**125 White Street**
**New York, NY 10013**
**Tel:**
**Fax:**

Patient: MCDANIELS, CURTIS    DOB: 08/05/1989    Progress Note: Debra Mayers, NP    07/19/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

```
CS01                           CRIMS CASE SELECT                    11/28/2018
COUNTY: NEW YORK                   SEALING                              W312


     PAGE:   1 OF   1                              LAST USER (Y/N)? N


     NAME: MCDANIEL,CURTIS O                 CASE TYPE: ARREST
     AKA:                                    DATE OF BIRTH: 08/05/1989
     AKA:                       ARREST TIME: 12:05 ARREST DATE:   07/11/2018
     CCN:   68667099 Q    NYSID NUM:  00474252 R *  ARREST NUM:  M18636776
     1) 2018NY029439       F 2)                  3)
     DKT STATUS: 11/26/2018


     NAME: MCDANIELS,CURTIS                   CASE TYPE: ARREST
     AKA:                                     DATE OF BIRTH: 08/05/1989
     AKA:                       ARREST TIME: 11:05 ARREST DATE:   06/21/2018
     CCN:   68644105 K    NYSID NUM:  00474252 R *  ARREST NUM:  M18633548
     1) 2018NY027505       F 2)                  3)
     DKT STATUS: 11/26/2018



   MAND:        MESSAGE: END OF INFORMATION FOR DEFENDANT(S)
```



**Recovery Group**

March 19, 2019

Curtis Mcdaniel,
2745 Frederick
Douglas Blvd Apt 2C
NEW YORK, NY
10039

| | |
|---|---|
| Oxygen Account: | 000053068 |
| Creditor: | RH 2546 7th Ave LP |
| Principle: | $6,600.00 |

Dear Curtis Mcdaniel,

Please find attached documents validating the debt due to RH 2546 7th Ave LP.Your account has been noted as disputed in our system. Please mail in your payment today to this agency.

If you wish to pay by phone, please call (845)367-4330 Ext: 209. You may pay online, by going to: www.paymycreditor.com and follow the prompts. If you have any further questions, please call this office.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector. NYC DCA # 1471397.

Regards,

James Smith
Oxygen Recovery Group
(845)367-4330 x 209

1 Hillcrest Center Dr. Suite 314, Spring Valley, NY 10977

Tel: 845 367 4330 Fax: 845 504 3736 Email: hello@oxygenrecovery.com

# Transactions

Date Range: All

| Tenant | Account | Property | Unit | Active Start | Active End |
|---|---|---|---|---|---|
| Curtis McDaniel | 1397 | 2546 7th Ave. | 19 | 12/16/2016 | 5/25/2017 |

| Date | Reference | Description | Comment | Amount | Balance |
|---|---|---|---|---|---|
| 12/30/07 | | Security Deposits | | 1,600.00 | 1,600.00 |
| 12/30/07 | | Security Deposit Adjustment | Tenant import | -1,600.00 | 0.00 |
| 07/01/15 | | Rent Charge | | 1,600.00 | 1,600.00 |
| 08/01/15 | | Rent Charge | | 1,600.00 | 3,200.00 |
| 09/01/15 | | Rent Charge | | 1,600.00 | 4,800.00 |
| 09/03/15 | CH#0994 | Rent Adjustment | | -2,000.00 | 2,800.00 |
| 10/01/15 | | Rent Charge | | 1,600.00 | 4,400.00 |
| 10/06/15 | CH# 0995 | Rent Adjustment | | -2,000.00 | 2,400.00 |
| 11/01/15 | | Rent Charge | | 1,600.00 | 4,000.00 |
| 11/05/15 | CH# 0996 | Rent Adjustment | | -2,000.00 | 2,000.00 |
| 12/01/15 | | Rent Charge | | 1,600.00 | 3,600.00 |
| 12/14/15 | CH# 0997 | Rent Adjustment | | -2,000.00 | 1,600.00 |
| 01/01/16 | | Rent Charge | | 1,600.00 | 3,200.00 |
| 02/01/16 | | Rent Charge | | 1,600.00 | 4,800.00 |
| 03/01/16 | | Rent Charge | | 1,600.00 | 6,400.00 |
| 04/01/16 | | Rent Charge | | 1,600.00 | 8,000.00 |
| 05/01/16 | | Rent Charge | | 1,600.00 | 9,600.00 |
| 05/10/16 | CH# 9102056371 | Rent Adjustment | | -800.00 | 8,800.00 |
| 05/10/16 | MO 23437648078 | Rent Adjustment | | -1,000.00 | 7,800.00 |
| 05/10/16 | MO 10723806414 | Rent Adjustment | | -1,000.00 | 6,800.00 |
| 05/10/16 | MO 10723806412 | Rent Adjustment | | -1,000.00 | 5,800.00 |
| 05/10/16 | MO 10723806413 | Rent Adjustment | | -1,000.00 | 4,800.00 |
| 06/01/16 | | Rent Charge | | 1,600.00 | 6,400.00 |
| 06/17/16 | CH# 9102139783 | Rent Adjustment | | -1,600.00 | 4,800.00 |
| 07/01/16 | | Rent Charge | | 1,600.00 | 6,400.00 |
| 08/01/16 | | Rent Charge | | 1,600.00 | 8,000.00 |
| 09/01/16 | | Rent Charge | | 1,600.00 | 9,600.00 |
| 09/01/16 | MO 10752438432 | Rent Adjustment | | -1,000.00 | 8,600.00 |
| 09/07/16 | MO 10752438433 | Rent Adjustment | | -800.00 | 7,800.00 |
| 10/01/16 | | Rent Charge | | 1,600.00 | 9,400.00 |
| 10/18/16 | CH#9102139996 | Rent Adjustment | | -1,600.00 | 7,800.00 |
| 11/01/16 | | Rent Charge | | 1,600.00 | 9,400.00 |
| 12/01/16 | | Rent Charge | | 1,600.00 | 11,000.00 |
| 12/09/16 | CH# 9102293907 | Rent Adjustment | | -3,200.00 | 7,800.00 |
| 01/01/17 | | Rent Charge | | 1,600.00 | 9,400.00 |
| 01/12/17 | EMO - 107624285 | Payment Received | | -1,000.00 | 8,400.00 |
| 01/12/17 | EMO - 107624231 | Payment Received | | -600.00 | 7,800.00 |
| 02/01/17 | | Rent Charge | | 1,600.00 | 9,400.00 |
| 03/01/17 | | Rent Charge | | 1,600.00 | 11,000.00 |
| 04/01/17 | | Rent Charge | | 1,600.00 | 12,600.00 |
| 05/01/17 | | Rent Charge | | 1,600.00 | 14,200.00 |
| 05/25/17 | | Security Deposits | Evicted 5/25 | -1,600.00 | 12,600.00 |
| 05/25/17 | | Bad Debt | Evicted 5/25 | -12,600.00 | 0.00 |

# Abuse Of Process Claim.

My case intentionally and reckless handled/misusing a valid issued process like; grand jury, 30.30/A speedy trial hears; probable cause hearings and bail hearing, for an ulterior and improper motive irrelevant to the alleged purpose of securing process.

The purpose of the grand jury is to show probable cause which officer perjured their selvies saying the pulled one over for a broken tail light, having body and car camera that could easy prove them wrong. So the evidence wasn't admitted, the back of the car is easy in plain view of the camera they offered no collabrative evidence to the stories. This is the entire point of body cameras. My case was dismissed because of lack of probable cause. The lack of probable cause suppressed guns that the Court didn't have. This all violated my fifth and fourteeth amendment due process clause.

Claims against New York City
False Arrest > Malicious Prosecution >
Due Process > Negligent Investigation

False Arrest >

   Officers pulled over a car I was
in with no right. We where racially profiled
as being 4 black men in a car, the
officers said they pulled us over from
a broken tail light which was a lie.
Ther was no collabrative evidence to
prove why the pull over further more
I officers cars have cameras that
show the back of the car to collabrate
my story. Also I was alleged to have
ran with another unapprehended
person and was chased by officers that had
no right to bother me because I wasn't
the Driver and the car was pulled over for
the said traffic violation. There was a ton
of illegality in the arrest in which officer
violated criminal law and my constitutional
rights. Equal Protection Clause of Fourteenth
amendments Due Process Clause of the Fifth
and Fourteenth Amendments and illegal

arraignment to pretrial motion and hearing twic before due process was finaly acheived. This was 4 and 1/2 year of negligent investigation and negligent due process which should have been handled at the grand Jury, on both occasion the police went. The malic is clear cut at 41/2 years and 2 indictment numbers. Because the proceeding lacked probable cause, and could continue it was terminated in my favor.

False Imprisoment > Due process

Because the police, and courts grand Jury negligent investigat and negligent Due process too many year, I was confined over a city year on remand twic, on a case that lacked probable cause and the case was dismissed do to due process. My liberty was take against my will. I was not give the freedom to speak at court and had to verbally fight, be escorted out, and told to let my lawyer do the take which allowed

```
AH02                              CRIMS APPEARANCE HISTORY              05/16/2018
COUNTY: NEW YORK                     APPEARANCE DATES                    W314

OPTION SELECTED: ALL APPEARANCES
NAME: MCDANIELS,CURTIS                            DOCKET: 2015NY044375
 CCN: 67224867  L        NYSID #: 00474252  R    ARREST #: M15651828

 07/20/2015 (OPEN)  F          JDG:SOKOLOFF,L    RPTR:TEJADA,I  NT  INDICTED
        $50,000/$50,000(N)

 07/15/2015 (OPEN)  APAR3      JDG:RAJESWARI,R   RPTR:JOHNSON,   ARR:PA  C
        $50,000/$50,000(N)




 REMARKS: SUPCT-M PT 62 8/13/15
 COMMAND:        MESSAGE: NO MORE DATA AVAILABLE
```

```
AH02                      CRIMS APPEARANCE HISTORY              05/16/2018
COUNTY: NEW YORK              APPEARANCE DATES                   V080


OPTION SELECTED: ALL APPEARANCES         VIEW MOTIONS?(Y/N): N
NAME: MCDANIELS,CURTIS                       CASE #: 01302-2016
                                            DOCKET #:


  03/25/2016        GRAND JURY                     TRUE BILL
       $50,000(B)




                                    PF7/PF8 TO VIEW MORE APPEARANCES

  COMMAND:       MESSAGE:
```

my imprisonment to continue. I was
imprisoned at rikers island maximum
detention facility

Conditions of Confinement Claims

While doing my time at rikers island
I had a number of threat and
fights that were made know to
officers befor they happen and officers
allowed the inmate on inmate threats
and assualt, moved me after each
tried to stop me from reporting
injuries, and didnt report the incident
or use any disaplinary action. I
was subject to many strip searches
in my housing area which was out
of protocall because my classification
level we only get A searchs a
month and we had 2 or 3 a week
I was made to strip naked infront of
other inmates and correctional officers
and search. This violates my Fourth amendment
right to be free from illegal amounts of body
searchs. Due process fifth and fourteenth amendments,
Eigth Amendments also I was put around

Inadequate medical care > Medical delay and indifference Claim

I had a few unreported illnesses like hep A exposure that wasn't treated by the staff I took unprescribed Benicilin. The hep A made my White blood count low and I very sick a few months after I was incarcerate. This went on for 6 months straight till I taken a friends medication. I alerted them that I was on doxiciclen for a number of infection and they took 6 month to prescribe me medication. They took Sono grams after the pain was unbearable and found my legs have abnormilities, my prostate, bladder and liver swollen. Also my vetere was and the rest of my abdomine was found to be inflammed. Kidney was under Suspision of Kidney deseaise, a urinary track infection the work. After many months I was treated for a few thing but was still doing bad, I was supposed to be given a full physical upon entrance to the Jail which is I was also told that I have prostriatus and

policy and protocall for all inmate even
after I informed them I was doing
bad multiple times there was nothing
done. Slow I was tested for this an that
over time instead of recieving a full physical.
Once I was given a few different kinds
on medicans come to realize that I
was supposed to be given a few shots/
needle injection not pills and the pill
made me very sick with a irritable
stomach throwing up Massive liver pains.
Over time I had a lot of physycological
stress and disfunction. Further more I
couldn't sleep had emotion stress from
sleeping conditions not meeting proceedur/
policy and not remedied, I start to
hallicinate, have mood swings/bipolar,
mental angrien, emotill distress, and phobias
from threat by inmates and staff. Although
I had no sucidal though I had a old scid
attenpt 10 years earlier and was given no
special or adequate atention. I also started
to have homicidal though do to light schizophrenia
from retaliation from suit and grievances. My
fifth, Eigth, and Fourteenth amendments
cruel and unusual punishment, adequate medical

Can, Special issues for prisoners with mental illness, Due process clause

**Correctional Health Services**
55 Water Street 18th Fl
New York, NY 10041

1/2/2020

Order Form

## REFERRAL ORDER

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Curt Walker PA | **Service Provider:** | CHS |
| **Auth Provider NPI:** | 1386830560 | | |
| **Signing Provider:** | Curt Walker PA | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | CURTIS MCDANIEL | **DOB:** | Aug 05, 1989 | **Age:** | 30 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 24490 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| NEPHR | Referral - Nephrology | FLANK PAIN (ICD-R10.9) |
| **Order Number:** | 309506-1 | **Quantity:** 1 |
| **Authorization #:** | SMD approved | **Priority:** |
| **Start Date:** | 12/11/2019 | **End Date:** 02/09/2039 |
| **Electronically signed by:** | Curt Walker PA | **Signed on:** 12/11/2019 9:21:09 AM |

**Instructions:** pt with c/o flank pain. sono abn , please evel. "The corticomedullary junction of both kidneys is poorly seen suspicious of medical disease of kidneys."

-----------------------------------

1 of 1

# NYC HEALTH+ HOSPITALS

## MCDANIEL, CURTIS O

NYSID: 00474252R  BookCase: 3491901551
Facility Code: AMKC  Housing Area: W17LB
29 Y old  Male, DOB: 08/05/1989
Account Number: 126649
2745 FDR BLVD, 2C, 7, NY, NY-10031

Insurance: Self Pay

Appointment Facility: Anna M. Kross Correctional Facility

07/01/2019                                                                    Larisa Levy, PA

## Current Medications

**Taking**
- Multivitamin Adult - Tablet Total Dose: 1 tablet Daily, stop date 08/11/2019, KOP: No, Drug Source: Pharmacy
- Symbicort 80-4.5 MCG/ACT Aerosol Total Dose: 2 puffs Every 12 Hours, stop date 09/02/2019, KOP: No, Drug Source: Pharmacy
- Probiotic - Tablet Delayed Release Total Dose: 1 tab Daily, stop date 07/14/2019, KOP: No, Drug Source: Pharmacy
- Cipro 500 MG Tablet Total Dose: 1 tab Twice a Day, stop date 07/01/2019, KOP: No, Drug Source: Pharmacy
- Remeron 30 MG Tablet Total Dose: 30 MG At Bedtime, stop date 07/03/2019, KOP: No, Drug Source: Pharmacy
- Ibuprofen 400 MG Tablet Total Dose: 400 mgs Three Times a Day, stop date 07/08/2019, KOP: No, Drug Source: Pharmacy

## Reason for Appointment

1. telehealth GU

## History of Present Illness

Notes::

29 Y/O male with urinary symptoms but UA and culture negative, ultrasound revealed enlarged bladder/prostate and pt received bactrim DS for 21 days. Pt came back two days after treatment c/o same symptoms. Pls evaluate.

TEMPLATES:

   TELEHEALTH SERVICE  /
Telehealth Service:
   Telehealth Service
      Visit Type: *Bellevue / Elmhurst specialty /*

## Past Orders

Lab:CHLAMYDIA /GC, URINE

| Collection Date | 06/14/2019 | 04/04/2019 | 03/10/2019 |
|---|---|---|---|
| Order Date | 06/14/2019 | 04/03/2019 | 03/10/2019 |
| Result: | | Normal/Negative/Non-Reactive | Normal/Negative/Non-Reactive |
| CT,URN.,RRNA | Not Detected (Not Detected) | Not Detected (Not Detected) | Not Detected (Not Detected) |
| GC,URN.,RRNA | Not Detected (Not Detected) | Not Detected (Not Detected) | Not Detected (Not Detected) |
| Notes: | Nebedum,Patricia 6/14/2019 7:05:48 PM > Specimen collected | Morgan,Jasmine , PCA 4/4/2019 11:09:24 AM > JDM | Carlo,Janet , LPN 3/10/2019 9:28:09 AM > 09:27 AM |

Lab:CHEM 7 PANEL (Order Date - 06/14/2019) (Collection Date - 06/14/2019)

| Result: Normal/Negative/Non-Reactive | | |
|---|---|---|
| * Creatinine | 0.95 | 0.67-1.31 - mg/dL |
| BUN | 10 | 6-20 - mg/dL |
| BUN/Creat Ratio | 10.5 | 10.0-28.0 - Ratio |
| Chloride | 100 | 96-108 - mmol/L |
| CO2 | 26 | 22-29 - mmol/L |
| Glucose | 95 | 70-99 - mg/dL |

Patient: MCDANIEL, CURTIS O  DOB: 08/05/1989  Progress Note: Larisa Levy, PA  07/01/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Past Medical History**
Chickenpox
Chlamydia

**Allergies**
FISH: hives: Allergy
MILK: diarrhea: Allergy

| | | |
|---|---|---|
| Potassium | 4.2 | 3.5-5.5 - mmol/L |
| Sodium | 139 | 135-147 - mmol/L |

Notes: Nebedum,Patricia 6/14/2019 7:04:00 PM > Specimen collected

Lab:CULTURE, URINE (Order Date - 05/01/2019) (Collection Date - 05/02/2019)

Result: Normal/Negative/Non-Reactive

| | | |
|---|---|---|
| URINE CULTURE | NO GROWTH | NO GROWTH - |

Notes: Baylis,Nadia 5/2/2019 12:45:17 PM > Specimen collected Walker,Curt 5/6/2019 10:40:43 AM > no action needed

Lab:URINALYSIS, ROUTINE (Order Date - 04/23/2019) (Collection Date - 04/25/2019)

Result: Normal/Negative/Non-Reactive

| | | |
|---|---|---|
| Specific Gravity | 1.017 | 1.003-1.030 - |
| pH | 5.5 | 5.0-8.0 - |
| Protein, Urine | NEGATIVE | NEGATIVE - |
| Glucose, Urine | NEGATIVE | NEGATIVE - |
| Ketone | NEGATIVE | NEGATIVE - |
| Urobilinogen | 0.2 | 0.2-1.0 - mg/dL |
| Bilirubin, Urine^BRLI | NEGATIVE | NEGATIVE - |
| Blood, Urine | NEGATIVE | NEGATIVE - |
| Nitrites^BRLI | NEGATIVE | NEGATIVE - |
| WBC, Urine | 0-4 | 0-4 - PER HPF |
| RBC, Urine | NONE SEEN | NONE SEEN - PER HPF |
| Epithelial Cells | NONE | NONE-FEW - |
| Cast, Hyaline | 0-4 | 0-4 - PER LPF |
| Cast, Granular | NONE SEEN | 0-1 - PER LPF |
| Cast, RBC | NONE SEEN | 0-1 - PER LPF |
| Bacteria | NONE | NONE-FEW - |

Notes: Narcisse,Yoande , PCA 4/25/2019 10:16:33 AM > Specimen collected Walker,Curt 5/2/2019 6:12:52 PM > NO ACTION NEEDED

**Examination**
General Examination:
    LAB TESTS REVIEWED

Villalobos,Jorge 6/24/2019 5:05:58 PM > IMPRESSION:Increased volume of prostate compressing the bladder. Postvoid residual of 46 cc of urine is noted.Report Electronically Signed by: Michael Shapiro Report Electronically Signed on: 06/19/2019 06:29 AM

MEDICAL F/U AS SCHED 6/26/19

    REFUSED EXAM INCLUDING PROSTATE EXAM- STATES HAD ONE DONEIN 1/2019 AT METROPOLITAN HOSPITAL.

**Assessments**
1. Dysuria - R30.0 (Primary)

---

Patient: MCDANIEL, CURTIS O   DOB: 08/05/1989   Progress Note: Larisa Levy, PA   07/01/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

## Treatment

**1. Dysuria**

Start Naprosyn Tablet, 250 MG, Total Dose: 500 MG, Orally, every 12 hrs, 15 days, KOP: No, Drug Source: Pharmacy

Stop Ibuprofen Tablet, 400 MG, Total Dose: 400 mgs, Orally, Three Times a Day, 7 days, KOP: No, Drug Source: Pharmacy

Notes: Pt completed course of bactrim and currently on cipro.
trial stronger course of nsaids for possible prostatitis- will d/c ibuprofen 400mg
f/u after via telehealth.

Referral To:GU(Urology) (REF) Bellevue    Urology
            Reason:f/u via telehealth 1 month after naprosyn tx x 15 days for dysuria.

## Follow Up

prn

Disposition: Return to Current Housing



**Electronically signed by Larisa Levy , PA on 07/02/2019 at 08:56 AM EDT**

**Sign off status: Completed**

---

**Anna M. Kross Correctional Facility**
**18-18 Hazen Street**
**East Elmhurst, NY 11370**
**Tel: 347-774-7000**
**Fax: 347-774-8088**

---

Patient: MCDANIEL, CURTIS O   DOB: 08/05/1989   Progress Note: Larisa Levy, PA   07/01/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| Patient Name: | Latest Book and Case#: |
|---|---|
| CURTIS MCDANIEL | 3491901551 |
| NYSID: | Patient Facility: |
| 00474252R | AMKC |

901 - Ultrasound: Abdomen and Pelvis
------------------------------------
NYSID: 00474252R          Book and Case: 3491901551Pt Name:CURTIS MCDANIEL
~~CLINICAL HISTORY:  Pain.
------------------------------------
TECHNIQUE:  Transabdominal pelvic sonogram.
------------------------------------
FINDINGS:  The pre-void volume of the urinary bladder is 681 mL.  The postvoid volume is 25 mL.  No polypoid$ lesion or calculi of bladder are present.  Prostate is normal in size.
------------------------------------
IMPRESSION:
------------------------------------
No acute disease.
------------------------------------

------------------------------------
STUDY:  ABDOMINAL SONOGRAM
------------------------------------
CLINICAL HISTORY:  Abdominal pain.
------------------------------------
TECHNIQUE:  Abdominal sonogram.
------------------------------------
FINDINGS:  The common bile duct is 0.2 cm in AP diameter.  Liver is 14.2 cm in length without focal metastatic$ disease or biliary duct dilatation.  Gallbladder is normal without calculi.  Pancreas is normal without$ mass.  Spleen is 12.1 cm in length without focal lesion.  Right kidney is 9.0 x 5.9 cm in size.  Left$ kidney is 9.5 x 6.6 cm in size.  No renal mass, renal cyst, hydronephrosis or renal calculi identified.$  The corticomedullary junction of both kidneys is poorly seen suspicious of medical disease of kidneys.
------------------------------------
IMPRESSION:
------------------------------------
Question medical disease of the kidneys.  Otherwise, no acute disease.
~
~Electronically Signed by: Schliftman, Ronald
~~Signed On: Dec 11 2019  6:50AM
Ordered By: WALKER, CURT

_____

External Attachment:

    Type:     Image
    Comment:  Image Link


Signed By: Viera, David at 12/11/2019 10:16:40 AM

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**
CURTIS   MCDANIEL
**NYSID:**
00474252R

**Latest Book and Case#:**
3491901551
**Patient Facility:**
AMKC

## MED - Sick Call Visit
Chief Complaint/Reason for Visit: **urinary symptoms**

## Assessment and Plan
**Assessment and Plan**
**Problem # 1:**
Dysuria
Continue urination symptoms.
Dysuria, frequent, stomach ache
He was taken Doxycycline last years with some improbement
Will re-start 2 weeks, probiotic
Explained that antibiotic can cause more GI issues, He understood
Pending GU FU

## Allergy Review MILK (Moderate)
**fish derived (Moderate)**

Allergies reviewed: **Done**

## Summary
Added new medication of NAPROXEN 500 MG (NAPROSYN 500 MG) (NAPROXEN) 500 mg BID; Route: ORAL Indications: * DYSURIA - Signed
Added new medication of DOXYCYCLINE HYCLATE 100 MG (DOXYCYCLINE HYCLATE) 100 mg BID; Route: ORAL Indications: * DYSURIA - Signed
Added new medication of PROBIOTIC ACIDOPHILUS ORAL CAPSULE (LACTOBACILLUS) 1 cap QD; Route: ORAL Indications: * DIETARY COUNSELING AND SURVEILLANCE - Signed
Rx of NAPROXEN 500 MG (NAPROSYN 500 MG) (NAPROXEN) 500 mg BID; Route: ORAL   #1 x 0; Signed;   Entered by: Joon Park MD;   Authorized by: Joon Park MD;   Method used: Handwritten; Note to Pharmacy: Route: ORAL;
Rx of DOXYCYCLINE HYCLATE 100 MG (DOXYCYCLINE HYCLATE) 100 mg BID; Route: ORAL   #28 x 0;   Signed;   Entered by: Joon Park MD;   Authorized by: Joon Park MD;   Method used: Handwritten; Note to Pharmacy: Route: ORAL;
Rx of PROBIOTIC ACIDOPHILUS ORAL CAPSULE (LACTOBACILLUS) 1 cap QD; Route: ORAL   #30 x 0;   Signed;   Entered by: Joon Park MD;   Authorized by: Joon Park MD;   Method used: Handwritten; Note to Pharmacy: Route: ORAL;

## MED - Physical Examination
General
**General Appearance:** No Acute Distress
Respiratory
**Auscultation:**   Clear to auscultation bilaterally
Cardiovascular
**Auscultation:**   RRR, Normal S1 + S2
Gastrointestinal

1 of 2

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**
CURTIS   MCDANIEL
**NYSID:**
  00474252R

**Latest Book and Case#:**
  3491901551
**Patient Facility:**
  AMKC

**Abdomen:**   Soft, Focal tenderness
**Focal tenderness (Location/Severity):** left lower quadrant


mm Hg
mm Hg
mm Hg
Temperature:   **98** baF Temperature site:   **Oral**
Pulse rate: **83**   Pulse rhythm:   **Regular**

Respirations:   **16** Respiration Type:   **Regular**


Pulse Ox%   **99**


Signed By: Park, Joon at 7/30/2019 5:38:52 PM

**Correctional Health Services**
55 Water Street 18th Fl
New York, NY 10041

1/2/2020

Order Form

## REFERRAL ORDER

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Curt Walker PA | **Service Provider:** | CHS |
| **Auth Provider NPI:** | 1386830560 | | |
| **Signing Provider:** | Curt Walker PA | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | CURTIS MCDANIEL | **DOB:** | Aug 05, 1989 | **Age:** | 30 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 24490 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**                    **Description**                  **Diagnoses**
DENTAL                     Referral - Dental               DENTAL CARIES, UNSPECIFIED ()
**Order Number:**    259995-1                          **Quantity:** 1
**Authorization #:**                                       **Priority:**
**Start Date:**          12/17/2019                     **End Date:** 02/15/2039
**Electronically signed by:** Curt Walker PA     **Signed on:** 11/12/2019 3:36:36 PM
**Instructions:**        painful cavity

Correctional Health Services
55 Water Street 18th Fl
New York, NY 10041

1/2/2020

Order Form

## REFERRAL ORDER

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Curt Walker PA | **Service Provider:** | CHS |
| **Auth Provider NPI:** | 1386830560 | | |
| **Signing Provider:** | Curt Walker PA | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | CURTIS MCDANIEL | **DOB:** | Aug 05, 1989 | **Age:** | 30 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 24490 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| BELLEDERM | Referral - Bellevue, Dermatology | RASH (ICD-R21) |
| **Order Number:** | 310065-1 | **Quantity:** 1 |
| **Authorization #:** | SMD approved | **Priority:** |
| **Start Date:** | 12/31/2019 | **End Date:** 03/01/2039 |
| **Electronically signed by:** Curt Walker PA | | **Signed on:** 12/11/2019 12:08:50 PM |

**Instructions:** rash bilt back chest and arms. flat areas of hyperpigmentation with multiple raised lesion some old, some scar some fresh x 6 months

1 of 1

Correctional Health Services                                        1/2/2020
55 Water Street 18th Fl
New York, NY  10041                                                Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Curt Walker PA | **Service Provider:** BioReference |
| **Auth Provider NPI:** 1386830560 | |
| **Signing Provider:** Curt Walker PA | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | |
|---|---|---|---|
| **Patient Name:** CURTIS  MCDANIEL | **DOB:** Aug 05, 1989 | **Age:** | 30 |
| **Home Phone:** | **Sex:** Male | **SSN:** | |
| **Work Phone:** | **Cell Phone:** | **Patient ID:** | 24490 |
| **Resp. Provider:** | | | |

| **Primary Ins:** | **Secondary Ins:** |
|---|---|
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| 0105-7 | Hepatitis A Ab.,Total W/Reflex | ABNORMAL RADIOLOGIC FINDINGS ON DIAGNOSTIC IMAGING OF RENAL PELVIS, URETER, OR BLADDER (ICD-R93.41) |

**Order Number:** 330284-1                      **Quantity:** 1
**Authorization #:**                            **Priority:** N
**Start Date:** 12/31/2019                      **End Date:** 12/31/2019
**Electronically signed by:** Curt Walker PA    **Signed on:** 12/24/2019 9:46:20 AM
**Instructions:**

1 of 1

# NYC HEALTH+ HOSPITALS | Correctional Health Services

<u>Patient Name:</u>
CURTIS    MCDANIEL
<u>NYSID</u>:
00474252R

<u>Latest Book and Case#:</u>
3491901551
<u>Patient Facility</u>:
AMKC

**Abdomen:**   Soft, Focal tenderness
**Focal tenderness (Location/Severity):** left lower quadrant

mm Hg
mm Hg
mm Hg
Temperature:   **98** baF Temperature site:   **Oral**
Pulse rate: **83**    Pulse rhythm:   **Regular**

Respirations:   **16** Respiration Type:   **Regular**

Pulse Ox%   **99**

Signed By: Park, Joon at 7/30/2019 5:38:52 PM



**MCDANIEL, CURTIS O**

NYSID: 00474252R BookCase: 3491901551
Facility Code: AMKC Housing Area: W17LB
29 Y old Male, DOB: 08/05/1989
Account Number: 126649
2745 FDR BLVD, 2C, 7, NY, NY-10031

Insurance: Self Pay

Appointment Facility: Anna M. Kross Correctional Facility

---

06/07/2019

Appointment Provider: Jeanty Francois, PA

### Current Medications

**Taking**
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution Total Dose: 2 puffs Every 6 Hours, as needed, stop date 06/08/2019, KOP: No, Drug Source: Pharmacy
- Multivitamin Adult - Tablet Total Dose: 1 tablet Daily, stop date 08/11/2019, Drug Source: Pharmacy
- Bactrim DS 800-160 MG Tablet Total Dose: 1 tablet Twice a day, stop date 06/07/2019, Drug Source: Pharmacy
- Symbicort 80-4.5 MCG/ACT Aerosol Total Dose: 2 puffs Every 12 Hours, stop date 09/02/2019, Drug Source: Pharmacy

### Past Medical History

Chickenpox
Chlamydia

### Allergies

FISH: hives: Allergy
MILK: diarrhea: Allergy

**Reason for Appointment**
1. Prostatitis, abn sono, f/u kidney sono

**History of Present Illness**
Notes::
    PT WAS NOT SEEN FOR SCHEDULED APPOINTMENT BECAUSE HE WAS NOT PRODUCED BY DOC. PT WILL BE RESCHEDULED WITHIN 2-3 WEEKS.NOTE BEING LOCKED FOR PURPOSE OF RECONCILING CHART AS PER SMD.

**Appointment Provider: Jeanty Francois, PA**



**Electronically signed by Francois Jeanty , PA on 06/07/2019 at 07:49 PM EDT**

**Sign off status: Completed**

Anna M. Kross Correctional Facility
18-18 Hazen Street
East Elmhurst, NY 11370
Tel: 347-774-7000
Fax: 347-774-8088

---

Patient: MCDANIEL, CURTIS O    DOB: 08/05/1989    Progress Note: Jeanty Francois, PA    06/07/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**NYC HEALTH+ HOSPITALS** | # Correctional Health Services

**Patient Name:**
CURTIS   MCDANIEL
**NYSID:**
00474252R

**Latest Book and Case#:**
3491901551
**Patient Facility:**
AMKC

## MED - Sick Call Visit
Chief Complaint/Reason for Visit: **urinary symptoms**

## Assessment and Plan
**Assessment and Plan**
**Problem # 1:**
Dysuria
Continue urination symptoms.
Dysuria, frequenct, stomach ache
He was taken Doxycycline last years with some improbement
Will re-start 2 weeks, probiotic
Explained that antibiotic can cause more GI issues, He understood
Pending GU FU

## Allergy Review MILK (Moderate)
**fish derived (Moderate)**

Allergies reviewed: **Done**

## Summary
Added new medication of NAPROXEN 500 MG (NAPROSYN 500 MG) (NAPROXEN) 500 mg BID; Route:
ORAL Indications: * DYSURIA - Signed
Added new medication of DOXYCYCLINE HYCLATE 100 MG (DOXYCYCLINE HYCLATE) 100 mg BID;
Route: ORAL Indications: * DYSURIA - Signed
Added new medication of PROBIOTIC ACIDOPHILUS ORAL CAPSULE (LACTOBACILLUS) 1 cap QD;
Route: ORAL Indications: * DIETARY COUNSELING AND SURVEILLANCE - Signed
Rx of NAPROXEN 500 MG (NAPROSYN 500 MG) (NAPROXEN) 500 mg BID; Route: ORAL   #1 x 0;
Signed;   Entered by: Joon Park MD;   Authorized by: Joon Park MD;   Method used: Handwritten; Note
to Pharmacy: Route: ORAL;
Rx of DOXYCYCLINE HYCLATE 100 MG (DOXYCYCLINE HYCLATE) 100 mg BID; Route: ORAL   #28
x 0;   Signed;   Entered by: Joon Park MD;   Authorized by: Joon Park MD;   Method used: Handwritten;
Note to Pharmacy: Route: ORAL;
Rx of PROBIOTIC ACIDOPHILUS ORAL CAPSULE (LACTOBACILLUS) 1 cap QD; Route: ORAL   #30 x
0;   Signed;   Entered by: Joon Park MD;   Authorized by: Joon Park MD;   Method used: Handwritten;
Note to Pharmacy: Route: ORAL;

## MED - Physical Examination
General
**General Appearance:** No Acute Distress
Respiratory
**Auscultation:**   Clear to auscultation bilaterally
Cardiovascular
**Auscultation:**   RRR, Normal S1 + S2
Gastrointestinal

Summary View for MCDANIEL, CURTIS O

## NYC HEALTH+HOSPITALS

### MCDANIEL, CURTIS O

NYSID: 00474252R  BookCase: 3491901551
Facility Code: AMKC Housing Area: W17LB
29 Y old  Male, DOB: 08/05/1989
Account Number: 126649
2745 FDR BLVD, 2C, 7, NY, NY-10031

Insurance: Self Pay

Appointment Facility: Anna M. Kross Correctional Facility

05/17/2019                                Appointment Provider: Curt Walker, PA

### Current Medications

**Taking**
- Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution Total Dose: 2 puffs Every 6 Hours, as needed, stop date 06/08/2019, KOP: No, Drug Source: Pharmacy
- Symbicort 80-4.5 MCG/ACT Aerosol Total Dose: 2 PUFFS Twice a day, stop date 06/08/2019, KOP: No, Drug Source: Pharmacy
- Benzoyl Peroxide 5 % Lotion Total Dose: qs Daily, stop date 05/22/2019, KOP: No, Drug Source: Pharmacy
- Nasacort Allergy 24HR 55 MCG/ACT Aerosol Total Dose: 1 spray Daily, stop date 05/24/2019, Drug Source: Pharmacy
- Multivitamin Adult - Tablet Total Dose: 1 tablet Daily, stop date 08/11/2019, Drug Source: Pharmacy

### Past Medical History

Chickenpox
Chlamydia

### Allergies

FISH: hives: Allergy
MILK: diarrhea: Allergy

### Reason for Appointment

1. abn normal sono. Inform pt and inform pt about need for kidney sono

### History of Present Illness

Notes::
    pt wants FHC
    2- h/o frequency x months.

### Vital Signs

| BP | | |
|---|---|---|
| 124/76 | 05/17/2019 11:14:18 AM Eastern Standard Time | Curt Walker |
| **Pulse** | | |
| 84 | 05/17/2019 11:14:18 AM Eastern Standard Time | Curt Walker |
| **RR** | | |
| 16 | 05/17/2019 11:14:18 AM Eastern Standard Time | Curt Walker |
| **Temp** | | |
| 97.9 | 05/17/2019 11:14:18 AM Eastern Standard Time | Curt Walker |

### Examination

General Examination:
    GENERAL APPEARANCE: well-appearing, no acute distress.
    HEENT: **HEAD:-**, normocephalic, atraumatic, **EYES:-**, PERRLA, EOMI, **EARS:-**, external ear unremarkable, **NOSE:-**, normal pink mucosa, **THROAT:-**, clear, no exudate.
    NECK: supple.
    LUNGS: clear to auscultation, no wheezes/rhonchi/rales.
    ABDOMEN: soft and not tender.
    LAB TESTS REVIEWED

| QUANTIFERON-TB IN-TUBE NY | | |
|---|---|---|
| **Order Date** | 03/10/2019 | 07/12/2018 | 07/16/2015 |
| **Name\Collection Date** | 03/10/2019 | 07/12/2018 | 07/16/2015 |
| QUANTIFERON-TB GOLD | Not Resulted( ) | NEGATIVE(NEGATIVE ) | NEGATIVE(NEGATIVE ) |
| QUANTIFERON-TB GOLD PLUS | NEGATIVE(NEGATIVE ) | Not Resulted( ) | Not Resulted( ) |
| NIL VALUE | Not Resulted( ) | 0.017( ) | 0.070( ) |
| NIL VALUE | 0.04( IU/mL) | Not Resulted( ) | Not Resulted( ) |
| TB ANTIGEN-NIL VALUE | Not Resulted( ) | <0.000( ) | 0.02( ) |

| TB1 ANTIGEN-NIL VALUE | 0.00( IU/ml) | Not Resulted( ) | Not Resulted( ) |
|---|---|---|---|
| MITOGEN- NIL VALUE | Not Resulted( ) | 8.816( ) | 9.24( ) |
| TB2 ANTIGEN-NIL VALUE | 0.00( IU/ml) | Not Resulted( ) | Not Resulted( ) |
| MITOGEN- NIL VALUE | >10.00( IU/ml) | Not Resulted( ) | Not Resulted( ) |

| Lab: RPR SEROLOGY | | | |
|---|---|---|---|
| **Order Date** | 03/10/2019 | 07/12/2018 | 07/16/2015 |
| **Name\Collection Date** | 03/10/2019 | 07/12/2018 | 07/16/2015 |
| RPR | Non-Reactive (Non-Reactive Titer) | Non-Reactive (Non-Reactive Titer) | Non-Reactive (Non-Reactive Titer) |

## Assessments
1. Inflammatory disease of prostate, unspecified - N41.9 (Primary), As per Dr. Katz, due to pt age with ^ prostate size, pt should be treated for prostatitis
2. Encounter for general adult medical examination without abnormal findings - Z00.00

## Treatment
### 1. Inflammatory disease of prostate, unspecified
Start Bactrim DS Tablet, 800-160 MG, Total Dose: 1 tablet, Orally, Twice a day, 21 days, 42 Tablet, Drug Source: Pharmacy

### 2. Encounter for general adult medical examination without abnormal findings
Notes: FOOD Handlers Certificte granted.

## Follow Up
medical, 3 Weeks (Reason: prostatitis, abn sono, f/u kidney sono)
Disposition: Return to Current Housing

**Appointment Provider: Curt Walker, PA**



**Electronically signed by Curt Walker , PA on 05/17/2019 at 11:20 AM EDT**
**Sign off status: Completed**

Anna M. Kross Correctional Facility
18-18 Hazen Street
East Elmhurst, NY 11370
Tel: 347-774-7000
Fax: 347-774-8088

Patient: MCDANIEL, CURTIS O    DOB: 08/05/1989    Progress Note: Curt Walker, PA    05/17/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Access to Courts Claim

On numerous occasions I was not allowed
to go to the law library. or if I went
my time was cut short, Some times the
were dangerous fights/slashing in the
building and law library was shot down.
Other times my house area was suspected
do to retaliation untill we called out
side the facility greavence and inside
greavence, further more every once
and a while my house area still wasn't
allowed to go in retaliation, I
personally greavence the officer Zorami.
I lost a criminal case do to an
unresearched arrest legality in which
my defense was not properly positioned.
Moreover much of my case files for civil law
suit were turned in late and without all
the facts. Furthermore many of the
required paper/forms were not available
on many of the days we were allowed
to go. Also officer made inmates
threaten me o greavences and
file law suit making it dangerous

Fair Trial > Denial of Speedy trial >
Changing court transcripts arraignment
grand jury and hearing motion.

My speedy trial rights were violated
with massive malicious conduct first
off the first motion was not the proper
motion for my case, the motion is for
misdemeanors not felonies 30.30(1b) The
second motion my lawyer had to try
and hide the 30.30/A in the guts
of her motion, on page 2 to see if court
would honor it find 949 days. Also asking
that the motion be made part of the
record an it wasn't illegally, maliciously
and with out just. The time was calculated
wrong two times under two indictment
numbers, because all information was gathered
in the first nine month of 2635/2015
indictment. More over my case was held
up over the facts that we were supposed
to pay for an D.N.A expert that was
never obtained in indictment number
1302/2016. I have my lawyer saying
he did get the expert and D.N.A

Thus this is the reason they suppressed the guns instead because they didn't have them for trial. Furthermore I was prosecuted for 4 1/2 year on possession of a weapon that court didn't have, and there was video show in my bill of particulars showing someone els throwing them. This was all an obvious conspiracy for 4 years also with out jurisdiction.

Fair Trial claim  > Speedy trial > altered grand Jury minuets > officers Not Available

My speedy trail status were violated and their is a ton of not malicous miscanduct, with intentional Conspiracy. Unvalied 30.30(1a) which is for misdomeers on my felony case was put on the record by court. Then court dened puting the correct 30.30(1a) speed trial motion on the record 2 times in a attempt to stop the dismissal of the case. 4 1/2 years on 2 indictment number and a ton of 30.30 colender call miscalculations were done.

The court miss spelled, left dashes and deleted from the record any thing during arriginment grand Jury (which is a short trial), and pretrial hearings.

Also officer werent even present to give testamonies for grand Jury or hearings. Court allowed another officer to impersonate arresting officer. Officer log books at the department will show that they were at work that day not court.

8/22

TAP A JUL 2 4 2018

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK,

Plaintiff,

CPL 30.30  MOTION

CURTIS MCDANIELS,

IND. NO. 1302/2016

Defendant.

-------------------------------------------------------------X

That upon the annexed affirmation of Lynne Troy Henderson, attorney for the

Defendant, and in part TAP A, on August 22, 2018  or as soon thereafter as counsel can

be heard, in  the Supreme Court of the State of New York, New York County, in the

Courthouse located at 100 Centre Street, New York, New York, for an order granting:

Dismissal of the Accusatory Instrument pursuant to C.P.L. 30.30

(1) (b); and

Such other and further relief as to the Court may seem just and
proper.

No previous application for the relief sought herein has been made to any court.

DATED: July 17, 2018
New York, New York

Yours, etc.,

Lynne T. Henderson

Lynne T. Henderson
Attorney for the Defendant

TO:   Hon. Cyrus R. Vance, Jr.
       District Attorney
       ADA Justin Tatham
       New York County
       Of Counsel

Tel. Phone No. 646-266-9977

2018 JUL 24  A 10: 15

RECEIVED
MOTIONS UNIT
DISTRICT ATTORNEY
NEW YORK CO.

1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK-PART TAP A

RECEIVED
MOTIONS UNIT

2018 OCT 17 A 9 47

---------------------------------------------------------X

DISTRICT ATTORNEY
NEW YORK COUNTY

THE PEOPLE OF THE STATE OF NEW YORK,

Plaintiff,

CPL 30.30 MOTION

CURTIS MCDANIELS,

IND. NO. 2635/2015

Defendant.

---------------------------------------------------------X

That upon the annexed affirmation of Lynne Troy Henderson, attorney for the

Defendant, and in part TAP A, on November 29, 2018 or as soon thereafter as counsel

can be heard, in the Supreme Court of the State of New York, New York County, in the

Courthouse located at 100 Centre Street, New York, New York, for an order granting:

> A calculation of C.P.L. 30. 30 time pursuant to C.P.L. 30.30 (1) ;
>
> and
>
> Such other and further relief as to the Court may seem just and
> proper.

No previous application for the relief sought herein has been made to any court.

DATED: October 10, 2018
New York, New York

Yours, etc.,

*Lynne T. Henderson*

Lynne T. Henderson
Attorney for the Defendant

TO:    Hon. Cyrus R. Vance, Jr.
District Attorney
ADA Benjamin Levin
New York County
Of Counsel

Tel. Phone No. 646-266-9977

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK, PART TAP A

----------------------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK,

                — vs. —

CURTIS MCDANIELS,

                    Defendant.

AFFIRMATION
AS TO 30.30 TIME
Ind. No. 2635/15

----------------------------------------------------------------X

STATE OF NEW YORK     )
                             ) Ss.:
COUNTY OF NEW YORK  )

      Lynne T. Henderson, being duly admitted to practice before the Courts of the

State of New York, affirms under the penalty of perjury that:

      I am counsel for the Defendant in the above-captioned action. I am fully familiar

with the facts of this case. This Affirmation and Memorandum of Law is made upon

information and belief. Unless otherwise noted, all factual allegations set forth in this

Affirmation are based upon my review of the Court file.

      The defendant is charged with Criminal Possession Of A Weapon In The Second

Degree, P.L. Sec. 265.03 (1) (b).

      A previous 30.30 Motion was filed on or about Sept. 18, 2018 as to the

superceding indictment in this case, Ind. No. 1302/2016, and by order of the court dated

October 3, 2018 which found that 60 days were chargeable to the People.

      The defendant was arrested and arraigned in Criminal Court on approximately

July 14, 2015.

The defendant was arraigned in Supreme Court on August 13, 2018 before the Hon. Judge Jackson. The case was adjourned to October 22, 2015 for Hearings and Trial. Approximately 29 days are charged to the People.

On November 19, 2015 the People were not ready for hearings and trial. Approximately 30 days are charged to the People.

On January 28, 2016 a new attorney was assigned to the case and it was adjourned for motions.

On May 5, 2016 the indictment was dismissed and superseded by Ind. 1302/2016.

With respect to the superseding indictment, the Court (the Honorable A. Scherzer), by order dated October 3, 2018, found  60 days of 30.30 time were chargeable to the People.

There being approximately59  days charged pursuant to Ind. 2635/2015 and 60 days charged pursuant to Ind. 1302/2016 for a total of 149 days, and pursuant to C.P.L. 30.30 (1) (a), which states that a motion for dismissal must be granted if the People are not ready for trial within 180 days of the start of a felony case, this case does not require dismissal at this time because the 30.30 time or 180 days has not elapsed. .

The defendant therefore respectfully requests that this motion be made part of the record.

From:        Diana Boyar
To:          Levin, Benjamin
Cc:          "scalesofjustice@yahoo.net"; Hon. Ann E. Scherzer
Subject:     RE: Curtis McDaniels Ind. No. 1306/2016 - adj date 11/29/18
Date:        Monday, November 19, 2018 2:44:28 PM

Since the defendant is argues that CPL 30.30 time has not expired the People are not required to file a supplemental reply.

**From:** Levin, Benjamin <LevinB@dany.nyc.gov>
**Sent:** Monday, November 19, 2018 2:38 PM
**To:** Diana Boyar <dboyar@nycourts.gov>
**Cc:** 'scalesofjustice@yahoo.net' <scalesofjustice@yahoo.net>
**Subject:** Curtis McDaniels Ind. No. 1306/2016 - adj date 11/29/18

Judge Scherzer,

On October 3, 2018, the Court adjourned this case for defense counsel to file a supplemental 30.30 motion because defendant's first motion to dismiss pursuant to CPL 30.30 did not address any potential chargeable time on the original indictment in this case (Ind. No. 2635/2015); defendant's motion only addressed chargeable time on the superseding indictment (Ind. No. 1302/2016).

Defendant filed a supplemental CPL 30.30 motion on October 10, 2018.  However, in defendant's motion papers, defendant does not allege that CPL 30.30 has been violated, as defendant asked for an order granting "[a] calculation of C.P.L. 30.30 time pursuant to C.P.L. 30.30(1)..." See Defendant's CPL 30.30 Motion, dated October 10, 2018 at P.1.  Further, in defendant's motion, defendant's own calculation of the CPL 30.30 time in this case indicates that "this case does not require dismissal at this time because the 30.30 time or 180 days has not elapsed."  See Defendant's CPL 30.30 Motion, dated October 10, 2018 at P.2.  It should also be noted that the People do not agree with defendant's assertion regarding the chargeable CPL 30.30 time.

Defendant has the initial burden to allege that the People have exceeded the permissible CPL 30.30 time.  See People v. Goode, 87 N.Y.2d 1045 (1996) ("A defendant seeking a speedy trial dismissal pursuant to CPL 30.30 meets his or her initial burden on the motion simply 'by alleging only that the prosecution failed to declare readiness within the statutorily prescribed time period' (quoting People v. Luperon, 85 N.Y.2d71, 77-78; 1995)."  Defendant failed to meet his initial burden on the motion based on the wording of defendant's motion.

Therefore, it is the People's position that because defendant does not allege a CPL 30.30 violation that it would be premature for the People to respond to this supplemental motion.

In the event that the Court would like a substantive response from the People in advance of the decision date on 11/29/18, the People want to inform the Court that we are awaiting minutes from a calendar call that were ordered in an expedited fashion.  We expect to receive those minutes in the next few days and once we receive those minutes, I will be able to file and serve a substantive response in advance of the decision date, in the event that the Court would like the People to

respond substantively despite the fact that defendant does not allege that this case should be dismissed pursuant to CPL 30.30.

Sincerely,

Ben Levin
Assistant District Attorney
New York County District Attorney's Office
80 Centre Street, Room 700E
New York, NY 10013
(p): (212) 335-3606
(f): (212) 335-4168

This email communication and any files transmitted with it contain privileged and confidential information from the New York County District Attorney's Office and are intended solely for the use of the individuals or entity to whom it has been addressed. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this email is strictly prohibited. If you have received this email in error, please delete it and notify the sender by return email.

**Levin, Benjamin**

**From:** Levin, Benjamin
**Sent:** Wednesday, September 4, 2019 5:11 PM
**To:** 'Dana Levin'
**Cc:** 'eugeneconwayesq@gmail.com'
**Subject:** RE: People v. Curtis McDaniels Ind. No. 1302/2016 - 30.30 minutes question

I want to update the Court in advance of tomorrow's appearance: I am still waiting on minutes from several reporters and I believe that the Court will need the minutes from at least two or three of those dates (2015 calendar calls) before being able to render a decision. The People will also be ready for the hearings tomorrow and I will leave it to Mr. Conway and to the Court regarding whether to proceed with the hearings with this 30.30 motion still outstanding.

Thank you.

Ben Levin
Assistant District Attorney
New York County District Attorney's Office
80 Centre Street, Room 700E
New York, NY 10013
(p): (212) 335-3606
(f): (212) 335-4168

**From:** Dana Levin [mailto:dlevin@nycourts.gov]
**Sent:** Thursday, August 29, 2019 4:42 PM
**To:** Levin, Benjamin <LevinB@dany.nyc.gov>
**Cc:** 'eugeneconwayesq@gmail.com' <eugeneconwayesq@gmail.com>
**Subject:** RE: People v. Curtis McDaniels Ind. No. 1302/2016 - 30.30 minutes question

The court will have to review the submissions before making a determination on whether minutes are necessary.

**From:** Levin, Benjamin <LevinB@dany.nyc.gov>
**Sent:** Wednesday, August 28, 2019 5:10 PM
**To:** Dana Levin <dlevin@nycourts.gov>
**Cc:** 'eugeneconwayesq@gmail.com' <eugeneconwayesq@gmail.com>
**Subject:** People v. Curtis McDaniels Ind. No. 1302/2016 - 30.30 minutes question

Dana,

The above case is on the Court's calendar for hearings and for decision on defendant's pro se 30.30 motion that was adopted by Mr. Conway on the last court date. Mr. Conway and I will both be ready for the hearings. The reason that the case is on for hearings is because of Mr. Conway's trial schedule and because this is going to be a hearings dispositive case because of a recent 1st Department case that will likely cause the hearing judge to suppress the guns that are the subject of this indictment.

I am writing to the Court because I will not be able to receive certain minutes from calendar calls on different dates before the decision date. However, this is not the first 30.30 motion that was filed in this case – Judge Scherzer issued a Decision on a prior 30.30 motion that was filed by one of the defendant's prior attorneys that found that there were 60 days chargeable to the People between May 5, 2016 and October 3, 2018 (the Decision is attached to this email).

1

However, that Decision did not account for any potential chargeable time before the arraignment on this superseding indictment (the defendant was originally indicted under Indictment # 02635/2015). Ms. Henderson, the defendant's prior attorney, was offered the chance to file a supplemental 30.30 motion to challenge the chargeable time on the first indictment and in her supplemental motion, acknowledged to the Court that the case was not beyond the permitted 30.30 time. See attached email from Ms. Boyar regarding this issue.

My preliminary (and nonbinding) count of chargeable time on the first indictment is 98 days. Those 98 days, when added to the 60 chargeable days in Judge Scherzer's Decision, equals 158 days.

There are no chargeable days between October 3, 2018 to date either because the People have either been ready, defense counsel requested and the Court ordered a 730 exam, because the case was put into a motion schedule, or because the defendant fired his previous attorney before the Court appointed Mr. Conway as the most recent attorney.

I am prepared to put the above information (and address each adjournment that was not already ruled on by Judge Scherzer) in writing in a formal response that I can imminently file, but I want to confirm that the Court can render a Decision on September 5th without having the minutes from the court dates during the first indictment and the minutes from the court dates since the date that Judge Scherzer issued the October 3, 2018 decision.

Thank you.

Sincerely,

Ben Levin
Assistant District Attorney
New York County District Attorney's Office
80 Centre Street, Room 700E
New York, NY 10013
(p): (212) 335-3606
(f): (212) 335-4168

This email communication and any files transmitted with it contain privileged and confidential information from the New York County District Attorney's Office and are intended solely for the use of the individuals or entity to whom it has been addressed. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this email is strictly prohibited. If you have received this email in error, please delete it and notify the sender by return email.

Please be CAREFUL when clicking links or opening attachments from external senders.

# Imposition Of Bail Claim.

My case lack probable cause and the grandjury lacked sufficent minuets. My charges where duplicated with an array of offenses and half was thrown out. More over video, D.N.A, and a gun tossing simulation showed my innocence after the first three month. Half my offense were dismissed the 1st day of arralenment which should have lowered my bail. Month later my innocence was obvious and the case couldn't go to trial. Still with a high bail my case got restarted under superceding indictment number 2635/2015. My bail was skyrocked after I got arrested illegally for a misdeamor pruse weapon, in the end $100,000 over 100,000 on a case with no competence an unable to be tried is against my Eigth and Fifth amendment exeessive bail and courts conduct in a attempt to hold me is maliciesly in direct violation

Excessive Force


My housing area 17 Lower B-side
was be Search again that being the
3 time that week which is against
policy and procedure according to our
Classification, we only get Search 2
times a month. When officers entired
the house for the Search out of
50 bed they office Search 10 bed and
I was 1 of them. In the end they
took my sneakers saying I can't
have them. I asked to speak to the
Shift captin and officers said yes
after the Search as the took many
of my belonging. After Search was complect
officers were leaving as I went to
follow I was sprayed smashed in to
a wall blinded held down on the
floor kneed in body grab roughly
picked up to have the top of my
head rammed into a wall while I
was being bent over already cuffed.
Which happen while I was on the

**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

| INJURY TO INMATE REPORT | Page 1 of 2 Pages | Form: #16TR-A Rev.: 01/31/08 Ref.: Dir. #4516R-A |
|---|---|---|

INSTRUCTIONS: Original Report to Security, One copy to Clinic Lock Box, One Copy to Inmate Medical File.

| Command: AMKC | Date: 6/18/19 | COD/UOF #: | Injury #: 7014 |
|---|---|---|---|

TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY)

Inmate Name (Last Name, First Name): Mcdaniel, Curtis

| Location: W17LB | Work: | NYSID #: 00474252R | Book & Case/Sent #: 349190L551 |
|---|---|---|---|

Details: On June 18th 2019 at appox 1721 inmate Mcdaniel, Curtis 349190L551 00474252R was involved in a uof with DOC staff.

Supervisor Notified (Print Last Name, First Name, Rank, Shield #): Barnaby #299

| | Date: 6/18/19 | Time: 1730 Hrs. |
|---|---|---|

Employee: i ☐ (Did) ☑ (Did Not) Witness This Injury.    Employee Signature: _____    Rank/Title: C/O    Shield/Dept: 1686

---

**TO BE COMPLETED BY MEDICAL STAFF ONLY - (PLEASE PRINT CLEARLY)**

| Date of Injury: 6/18/19 | Reported for Medical Attention: Date 6/18/19 1900 Hrs. | Inmate Refused Medical Attention: ☐ Yes ☑ No | Visible Injuries: ☑ Yes ☐ No |
|---|---|---|---|

Nature of Injury and Cause:
AS Above
Vitals stble
Re multiple abrasions
in hands, mild swelly t

Medical Staff Must Note Location of Injury:

Treatment: Ice pack
pain meds — as the history

Treated By/Examined By (Print and Sign Full Name): _____    Title: ___

Referms to Other Medical Services (If Yes, Document Medical Findings): ☐ Yes ☐ No

Treated By/Examined By (Print and Sign Full Name): _____    Title: POE 1945

Please Check Disposition: ☐ Return to Housing Area    ☐ Work Release ___ Days    ☐ Light Duty ___ Days    ☐ Return to Work Assignment    ☐ Re-Exam ___ Days    ☐ Refer to Clinic    ☐ Return to School

☐ Transfer to Hospital (Indicate Name of Hospital): _____    ☐ Life Threatening Emergency    ☐ Routine

☐ Other (Please Specify): _____

Treated By (Print Full Name and Title, Sign Name): _____    Date: ___    Time: ___ Hrs.

I certify that the cause of injury as stated herein is to my knowledge true and medical attention was provided.

| Inmate Signature: X REFUSED TO SIGN | B&C / Sentence #: | Date: |
|---|---|---|
| Witnessed By (Signature): X | Rank/Title: CO | Shield A.D. #: 8721 | Date: 6/18/19 |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION



## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### DISPOSITION FORM

Form.: 7102R
Eff.: 9/14/18
Ref.: Dir. 3376R-A

| Grievance Reference #:<br>NG#7 223846 | Date Filed:<br>Jun 24, 2019 | Facility:<br>AMKC W17LB |
|---|---|---|
| Inmate Name:<br>MCDANIEL, CURTIS | Book and Case#:<br>491901551 | Category:<br>ASSAULT #1 |

From OCGS Inmate Statement Form, print or type short description of grievance:

Grievant alleges he was sprayed by ESU officers and was struck on the ground with a knee. He was given

Action Requested by Inmate:   To be seen by the clinic properly since the C.O. had a UOF .

---

### STEP 1: FORMAL RESOLUTION

Check one box: ☒ Grievance   ☒ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below.
Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

On 6/24/19, the OCGS reviewed your complaint and found that the matter is /was addressed by
UOF#3401/19.

Action Requested: Modified.

---

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution   ☒ No   ☒ I request to appeal the resolution of this grievance to the Commanding officer.

Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding
Officer.  You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.

| Inmate's Signature: | Date: |
|---|---|

☐   Preliminary Review Requested

| Grievance Coordinator/Officer Signature: | Date:<br>Jun 26, 2019 |
|---|---|

# INSTITUTIONAL EYE CARE

P.O. Box 390
Lewisburg, PA 17837

(570) 523-3493
FAX (570) 524-2817

PATIENT: McDaniel, Curtis

DATE: 8/8/19

NUMBER: 34 91901551

INSTITUTION: Rakers Am/cc

|  | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| OD | PL | -075 | 105 |  |  |
| OS | PL | -050 | 80 |  |  |
|  | ADD | HEIGHT | DIST PD | NEAR PD | SEG STYLE |
| OD |  |  | 76 |  |  |
| OS |  |  |  |  |  |

LENS COLOR/COATINGS

| FRAME |  | STYLE 1053 | FRAME COLOR B/C |  |
|---|---|---|---|---|
| EYE SIZE 55 | BRIDGE | TEMPLE | HEAT | CHEM |
| DATE REC'D |  | DROP BALL | FINAL INSPECTION |  |

ENTERED AUG 09 2019

LENSES: _____

FRAME: _____

OVERSIZE: _____

TINT/PGX: _____

CHEM. TEMP. GLASS: _____

DIOPTERS: _____

_____

_____

S/H: _____

TOTAL DUE ($): _____

**VISION SAFETY NOTICE:**
• Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21 CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.

• If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the eye or surrounding area causing injury.

• The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately.

• If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.

## NYC HEALTH+HOSPITALS | Correctional Health Services

**Patient Name:**
CURTIS   MCDANIEL
**NYSID:**
00474252R

**Latest Book and Case#:**
3491901551
**Patient Facility:**
AMKC

## MED - On Island Specialty
Chief Complaint/Reason for Visit: **DV NV Blur w/asth and HA 2x/wk no DPL SF NMEH NFEH**
History of Present Illness: **DV Blur**

## Vital Signs Review
Pulse: **83** Pulse Rhythm: **Regular**
RR: **16** Resp Quality: **Regular**
02 Sat: **99**% T: **98F**

## Chart Review

## MED - Physical Examination
Chart reviewed


    1. Specialty Clinic Optometry


Examination:
  Right Eye:
        VAsc  20/30 j1-
        Pupils: PERRLA -APD
        Adnexae: Normal EOMI motil:FSE
        Conjunctiva: Clear.
        Cornea: Clear.
        Anterior Chamber; Deep and Quiet.
        Iris: flat.
        Lens:  flat
        Vitreous: Clear.
        IOP: 16 mmhg.
        Refraction: pl-075x105  20/20 j1
        Fundi: C/D 0.2 A/V 2/3.+foveal reflex

Left Eye:
        VAsc 25= j1
        Pupils: PERRLA -APD
        Adnexae:  Normal EOMI Motil:FSE
        Conjunctiva: white and Quiet
        Cornea: clear.
        Anterior Chamber: Deep and quiet.
        Iris: flat
        Lens: clear.
        Vitreous: clear.
        IOP: 16 mmhg.
        Refraction: pl-050x80  20/20 j1
        Fundi:  C/D 0.3 . A/V 2/3.+foveal reflex

## Assessment and Plan
Assessment and Plan

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**
CURTIS   MCDANIEL
**NYSID:**
00474252R

**Latest Book and Case#:**
3491901551
**Patient Facility:**
AMKC

Added new medication of NAPROXEN 500 MG (NAPROSYN 500 MG) (NAPROXEN) 500 MG; Route:
ORAL Indications: * PAIN IN RIGHT HAND - Signed
Rx of NAPROXEN 500 MG (NAPROSYN 500 MG) (NAPROXEN) 500 MG; Route: ORAL   #1 x 0;
Signed;   Entered by: Esperance Ndayishimiye PA;   Authorized by: Esperance Ndayishimiye PA;
Method used: Handwritten; Note to Pharmacy: Route: ORAL;

Signed By: Ndayishimiye, Esperance at 8/12/2019 6:26:56 PM



**NYC HEALTH+HOSPITALS**

## MCDANIEL, CURTIS O

NYSID: 00474252R  BookCase: 3491901551
Facility Code: AMKC Housing Area: W17LB
29 Y old  Male, DOB: 08/05/1989
Account Number: 126649
2745 FDR BLVD, 2C, 7, NY, NY-10031

Insurance: Self Pay
Appointment Facility: Anna M. Kross Correctional Facility

06/18/2019                                          Aksana Suleymanov, PA

### Current Medications
Taking
- Multivitamin Adult - Tablet Total Dose: 1 tablet Daily, stop date 08/11/2019, KOP: No, Drug Source: Pharmacy
- Symbicort 80-4.5 MCG/ACT Aerosol Total Dose: 2 puffs Every 12 Hours, stop date 09/02/2019, KOP: No, Drug Source: Pharmacy
- Probiotic - Tablet Delayed Release Total Dose: 1 tab Daily, stop date 07/14/2019, KOP: No, Drug Source: Pharmacy
- Tylenol 325 MG Tablet Total Dose: 2 tabs Every 12 Hours, stop date 06/22/2019, KOP: No, Drug Source: Pharmacy
- Cipro 500 MG Tablet Total Dose: 1 tab Twice a Day, stop date 07/01/2019, KOP: No, Drug Source: Pharmacy

### Past Medical History
Chickenpox
Chlamydia

### Allergies
FISH: hives: Allergy
MILK: diarrhea: Allergy

### Reason for Appointment
1. #7014
2. Pt was involved in UOF w/ officer while housing area was being searched, sneakers was taken asked to go to intake to speak w/ captain but was sprayed and was involved in UOF

### Vital Signs

| BP | |
|---|---|
| 127/81 | 06/18/2019 08:55:48 PM Eastern Standard  Aksana Suleymanov Time |
| **Pulse** | |
| 85 | 06/18/2019 08:55:48 PM Eastern Standard  Aksana Suleymanov Time |
| **RR** | |
| 16 | 06/18/2019 08:55:48 PM Eastern Standard  Aksana Suleymanov Time |
| **Temp** | |
| 97.5 | 06/18/2019 08:55:48 PM Eastern Standard  Aksana Suleymanov Time |
| **SaO2** | |
| 100 | 06/18/2019 08:55:48 PM Eastern Standard  Aksana Suleymanov Time |

### Examination
General Examination:
GENERAL APPEARANCE: well-appearing, no acute distress.
HEART: RATE:-, regular, RHYTHM:-, regular, HEART SOUNDS:-, normal S1S2, MURMURS:-, none.
LUNGS: clear to auscultation, no wheezes/rhonchi/rales.
ABDOMEN: soft, NT/ND, BS present, no masses palpated, no guarding or rigidity, no hepatosplenomegaly.
EXTREMITIES: multiple abrasion in hands .

Patient: MCDANIEL, CURTIS O   DOB: 08/05/1989   Progress Note: Aksana Suleymanov, PA   06/18/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encount...   1/2/2020

**Assessments**
1. HX INJURY NEC - V15.59

**Treatment**
**1. HX INJURY NEC**
Notes: ice packing
pain meds, active in system.



**Electronically signed by Aksana Suleymanov , PA on
06/18/2019 at 10:25 PM EDT**

**Sign off status: Completed**

---

Anna M. Kross Correctional Facility
18-18 Hazen Street
East Elmhurst, NY 11370
Tel: 347-774-7000
Fax: 347-774-8088

---

Patient: MCDANIEL, CURTIS O   DOB: 08/05/1989   Progress Note: Aksana Suleymanov, PA   06/18/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**MCDANIEL, CURTIS O**

NYSID: 00474252R  BookCase: 3491901551
Facility Code: AMKC  Housing Area: W17LB
29 Y old  Male, DOB: 08/05/1989
Account Number: 126649
2745 FDR BLVD, 2C, 7, NY, NY-10031

Insurance: Self Pay

Appointment Facility: Anna M. Kross Correctional Facility

06/21/2019                                   Appointment Provider: Curt Walker, PA

### Current Medications
**Taking**
- Multivitamin Adult - Tablet Total Dose: 1 tablet Daily, stop date 08/11/2019, KOP: No, Drug Source: Pharmacy
- Symbicort 80-4.5 MCG/ACT Aerosol Total Dose: 2 puffs Every 12 Hours, stop date 09/02/2019, KOP: No, Drug Source: Pharmacy
- Probiotic - Tablet Delayed Release Total Dose: 1 tab Daily, stop date 07/14/2019, KOP: No, Drug Source: Pharmacy
- Tylenol 325 MG Tablet Total Dose: 2 tabs Every 12 Hours, stop date 06/22/2019, KOP: No, Drug Source: Pharmacy
- Cipro 500 MG Tablet Total Dose: 1 tab Twice a Day, stop date 07/01/2019, KOP: No, Drug Source: Pharmacy

### Past Medical History
Chickenpox
Chlamydia

### Allergies
FISH: hives: Allergy
MILK: diarrhea: Allergy

### Reason for Appointment
1. S/c

### History of Present Illness
Notes::
  s/p trauma 3 days ago. pt c/o pain bilat wrists. wants stronger pain meds.

### Vital Signs

| BP | | |
|---|---|---|
| 132/82 | 06/21/2019 11:35:22 AM Eastern Standard Time | Curt Walker |
| **Pulse** | | |
| 79 | 06/21/2019 11:35:22 AM Eastern Standard Time | Curt Walker |
| **RR** | | |
| 16 | 06/21/2019 11:35:22 AM Eastern Standard Time | Curt Walker |
| **Temp** | | |
| 97.4 | 06/21/2019 11:35:22 AM Eastern Standard Time | Curt Walker |

### Examination
General Examination:
  GENERAL APPEARANCE: well-appearing, no acute distress.
  EXTREMITIES: right hand trace tenderness1st mcpleft: mild tenderness medial wrist area.

### Assessments
1. Pain in right wrist - M25.531 (Primary)
2. Pain in left wrist - M25.532

### Treatment

**1. Pain in right wrist**
Stop Tylenol Tablet, 325 MG, Total Dose: 2 tabs, Orally, Every 12 Hours, 5 days, KOP: No, Drug Source: Pharmacy
Start Ibuprofen Tablet, 400 MG, Total Dose: 400 mgs, Orally, Three Times a Day, 4 days, Drug Source: Pharmacy

---

Patient: MCDANIEL, CURTIS O   DOB: 08/05/1989   Progress Note: Curt Walker, PA   06/21/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

IMAGING: Wrist Right Ap, Oblique, Lateral (XRAY)

**2. Pain in left wrist**
IMAGING: Wrist Left Ap, Oblique, Lateral (XRAY)

**Follow Up**
prn

Disposition: Return to Current Housing

**Appointment Provider: Curt Walker, PA**



**Electronically signed by Curt Walker , PA on 06/21/2019 at 03:41 PM EDT**

**Sign off status: Completed**

Anna M. Kross Correctional Facility
18-18 Hazen Street
East Elmhurst, NY 11370
Tel: 347-774-7000
Fax: 347-774-8088

Patient: MCDANIEL, CURTIS O    DOB: 08/05/1989    Progress Note: Curt Walker, PA    06/21/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**MCDANIEL, CURTIS O**
NYSID: 00474252R  BookCase: 3491901551
Facility Code: AMKC Housing Area: W17LB
29 Y old Male, DOB: 08/05/1989
Account Number: 126649
2745 FDR BLVD, 2C, 7, NY, NY-10031

Insurance: Self Pay

Appointment Facility: Anna M. Kross Correctional Facility

07/01/2019                                    Appointment Provider: Curt Walker, PA

### Current Medications
**Taking**
- Multivitamin Adult - Tablet Total Dose: 1 tablet Daily, stop date 08/11/2019, KOP: No, Drug Source: Pharmacy
- Symbicort 80-4.5 MCG/ACT Aerosol Total Dose: 2 puffs Every 12 Hours, stop date 09/02/2019, KOP: No, Drug Source: Pharmacy
- Probiotic - Tablet Delayed Release Total Dose: 1 tab Daily, stop date 07/14/2019, KOP: No, Drug Source: Pharmacy
- Cipro 500 MG Tablet Total Dose: 1 tab Twice a Day, stop date 07/01/2019, KOP: No, Drug Source: Pharmacy
- Remeron 30 MG Tablet Total Dose: 30 MG At Bedtime, stop date 07/03/2019, Drug Source: Pharmacy

### Past Medical History
Chickenpox
Chlamydia

### Allergies
FISH: hives: Allergy
MILK: diarrhea: Allergy

### Reason for Appointment
1. S/c

### History of Present Illness
Notes::
    1 - burning on urination
    2 - pain and numbness.

### Vital Signs

| BP | | |
|---|---|---|
| 135/84 | 07/01/2019 11:35:35 AM Eastern Standard Time | Curt Walker |
| **Pulse** | | |
| 86 | 07/01/2019 11:35:35 AM Eastern Standard Time | Curt Walker |
| **RR** | | |
| 16 | 07/01/2019 11:35:35 AM Eastern Standard Time | Curt Walker |
| **Temp** | | |
| 97.3 | 07/01/2019 11:35:35 AM Eastern Standard Time | Curt Walker |

### Examination
General Examination:
    GENERAL APPEARANCE: well-appearing, no acute distress.
    EXTREMITIES: right thumb from.

### Assessments
1. Pain in right finger(s) - M79.644 (Primary), thumb
2. Dysuria - R30.0

### Treatment

**1. Pain in right finger(s)**
Start Ibuprofen Tablet, 400 MG, Total Dose: 400 mgs, Orally, Three Times a Day, 7 days, Drug Source: Pharmacy
Notes: orto consult.
Referral To:Orthopedic WF    Orthopedic (Pending Approval)
        Reason:s/p trauma to right thumb. Pt c/o numbness and

Patient: MCDANIEL, CURTIS O  DOB: 08/05/1989  Progress Note: Curt Walker, PA  07/01/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encount...  1/2/2020

burning pain to thumb. Please eval

**2. Dysuria**
Notes: f/u BH GU telehealth later today. Pt ed.

**Follow Up**
prn

Disposition: Return to Current Housing

**Appointment Provider: Curt Walker, PA**



**Electronically signed by Curt Walker , PA on 07/01/2019 at 03:43 PM EDT**
**Sign off status: Completed**

---

**Anna M. Kross Correctional Facility**
**18-18 Hazen Street**
**East Elmhurst, NY 11370**
**Tel: 347-774-7000**
**Fax: 347-774-8088**

---

Patient: MCDANIEL, CURTIS O   DOB: 08/05/1989   Progress Note: Curt Walker, PA   07/01/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**
CURTIS  MCDANIEL
**NYSID:**
   00474252R

**Latest Book and Case#:**
   3491901551
**Patient Facility:**
   AMKC

372 - Elbow    Right   Ap, Lateral
--------------------------------------

NYSID: 00474252R              Book and Case: 3491901551Pt Name:CURTIS
MCDANIEL
~~DOS: 12/26/2019  ACC#: 333573
--------------------------------------
--------------------------------------
--------------------------------------

STUDY:  RIGHT ELBOW X-RAY
--------------------------------------

CLINICALHISTORY:  The patient has swelling fortwo weeks.
--------------------------------------

TECHNIQUE:  AP and lateralviews were obtained revealing the following:
--------------------------------------

FINDINGS:  There is no fracture.  The alignment is unremarkable.  There are
no anterior or posterior fat$ padsigns to suggest a fracture.  There issoft
tissue swelling in the olecranon fossa suggesting olecranon$ bursitis.
--------------------------------------

IMPRESSION:
--------------------------------------

1. Nofracture.
2.Suspicion of olecranon bursitis and clinical correlation is suggested.
--------------------------------------

~~Electronically Signed by: Shapiro, Michael
~~Signed On: Dec 27 2019  8:23AM
Ordered By: WALKER, CURT

External Attachment:

   Type:     Image
   Comment:  Image Link


Signed By: Cantor, Lourdes at 12/27/2019 4:35:15 PM

Retaliation Claim


I filed claim 8 time, open up 5
law suit, and done 35 grievances in
and out side the facility. Each one
was for medical, assault, mail, threats,
stolen property, and prison conditions.
After each claim, suit, and grievance
my safty got worst. First it started
with not be issued my meds upon entering
rikers, then a 3 on 1 inmate and officer
assault in which an officer let an inmate
attack me. Then the officer held me
down while the inmate held me, and
another inmate attacked me. Next
I receive numerous threat from in-
mates say the police want me to
get cut and jump. After that I
was denied mental health and clinc
visit because I became very ill and
my immune system done to low
levels. Next the were back to back
strip searches and illegal search.

allergic reaction and break outs.

# Retaliation Claim

Because of my many law suit and greaviences concerning medical problems, threat, fights, no access to law library, hazardous food, illegal searchs, and retaliation in general over and over I went through lots of hated injuries, sick days, bad food, searchs, and a rotten tramatical life.

greavience service codes to follow up on complaints:

| | |
|---|---|
| EC-00003020 | EC-00021750 |
| EC-00015108 | EC-00022381 |
| Ec-000-20711 | EC-00029525 |
| Ec-00020956 | Ec-00029921 |
| EC-00033651 | EC-00014776 |
| EC-00033490 | EC-00029611 |
| Ec-0008828 | Ec-00039429 |
| Ec-00034493 | Ec-00062455 |
| Ec-00011895 | EC-00014776 |
| EC-00018682 | EC-00026156 |
| Ec-00026160 | EC-00046845 |

C1-1-1-733638522
C1-1-1-787838765
C1-1-1-738854861

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION



**OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES**

**DISPOSITION FORM**

Form.: 7102R
Eff.: 9/14/18
Ref.: Dir. 3376R-A

| Grievance Reference #: NG#6 225725 | Date Filed: Jul 5, 2019 | Facility: AMKC W17LB |
|---|---|---|
| Inmate Name: CURTIS McDANIEL | Book and Case#: 349-19-01551 | Category: STAFF#4 |

From OCGS Inmate Statement Form, print or type short description of grievance:

Grievant alleges retaliation for filing grievances about their threats to hurt him, take his paper work and writing up wrong medical reports. They try to have other inmates get him.

Action Requested by Inmate:  To make sure it is noted in a report what is going out.

## STEP 1: FORMAL RESOLUTION

Check one box: ☒ Grievance ☒ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

On 7/5/19, the OCGS reviewed your complaint and determined that it is not under the purview of the IGRP; it was sent to the Head of the Facility to address.

Action Requested: Modified.

## CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.*

| Inmate's Signature: | Date: |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature: | Date: |
|---|---|
| *KM* | Jul 5, 2019 |

ATTACHMENT -B-1  Ref # 249 518 1 of 2

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Curtis McDaniel

**Book & Case #:** 349190551

**NYSID #:** 004716532-R

**Facility:** AMKC

**Housing Area:** West 17 Lower

**Date of Incident:** 09/26/19

**Date Submitted:** 09/27/19

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** The officer Marin and Captain thompson failed to send me to the clinic and I have been in extreme pain in my stoamch and side and mid and lower back.

**Action Requested by Inmate:** To be produce to my clinic when I'm in pain

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?  Yes ☐  No ☒

Do you need the OCGS staff to write the grievance for you?  Yes ☐  No ☒

Have you filed this grievance with a court or other agency?  Yes ☐  No ☒

Did you require the assistance of an interpreter?  Yes ☐  No ☒

**Inmate's Signature:** Curtis McDaniel

**Date of Signature:** 09/26/19

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

**THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR**

8

2019 OCT -2 A 10: 0l
NYC DEPT CORRECTION
CONSTITUENT & GRIEVANCE

| TIME STAMP | Grievance Reference # | Category |
|---|---|---|
| | DDG | medical |
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |
| | KS 2F 28544 | |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION



## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### DISPOSITION FORM

Form.: 7102R
Eff.: 9/14/18
Ref.: Dir. 3376R-A

| Grievance Reference #: K-552/19 219884 | Date Filed: Jun 10, 2019 | Facility: AMKC W17LB |
|---|---|---|
| Inmate Name: CURTIS McDANIEL | Book and Case#: #349-19-01551 | Category: IA #8 |

From OCGS Inmate Statement Form, print or type short description of grievance:

Grievant alleges his account has been missing money twice in the last three months.

Action Requested by Inmate: A copy of his account and funds returned.

---

### STEP 1: FORMAL RESOLUTION

Check one box: ☑ Grievance ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

On 6/10/19, the OCGS reviewed your records and found your account to be correct

A copy of your account has been attached for your perusal.

Action Requested: Modified.

---

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution ☐ No ☐ I request to appeal the resolution of this grievance to the Commanding officer.

Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.

| Inmate's Signature: | Date: |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature: | Date: |
|---|---|

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION



## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES

### DISPOSITION FORM

| | |
|---|---|
| | **Form.: 7102R**<br>**Eff.: 9/14/18**<br>**Ref.: Dir. 3376R-A** |

| Grievance Reference #:<br>K-593/19  224363 | Date Filed:<br>Jun 24, 2019 | Facility:<br>AMKC W17LB |
|---|---|---|

| Inmate Name:<br>CURTIS McDANIEL | Book and Case#:<br>349-19-01551 | Category:<br>MAIL #4 |
|---|---|---|

**From OCGS Inmate Statement Form, print or type short description of grievance:**

Grievant states that his mail was held by the mailroom clerk for (6) days. It was issued to NYCD 5/23/19, funds taken out 0n 5/29/19 and it did not arrive at the US District Court until 6/7/19.

**Action Requested by Inmate:**  To watch his mail because a personal injury claim is defective now do to latenes

---

### STEP 1: FORMAL RESOLUTION

Check one box: ☑ Grievance   ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

On 6/28/19, the IGRP reviewed your complaint; mail was sent as per NYCD policy and procedure. There is no way for the IGRP to monitor your mail.

Action Requested: Modified

---

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer.  You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.*

| Inmate's Signature: | Date: |
|---|---|

| | ☐ Preliminary Review Requested |
|---|---|

| Grievance Coordinator/Officer Signature: | Date:<br>Jun 28, 2019 |
|---|---|

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION



## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## DISPOSITION FORM

| | |
|---|---|
| | Form.: 7102R<br>Eff.: 9/14/18<br>Ref.: Dir. 3376R-A |

| Grievance Reference #:<br>K-555/19 219895 | Date Filed:<br>Jun 10, 2019 | Facility:<br>AMKC W17LB |
|---|---|---|

| Inmate Name:<br>CURTIS McDANIEL | Book and Case#:<br>349-19-01551 | Category: |
|---|---|---|

From OCGS Inmate Statement Form, print or type short description of grievance:

Grievant alleges his mail is being held by the mail room staff.

Action Requested by Inmate:   To locate and issue his mail.

### STEP 1: FORMAL RESOLUTION

Check one box: ☑ Grievance   ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

On 6/11/19, the IGRP was informed by the AMKC Mail Room Staff that mail is issued and sent out daily. If it comes, it will be issued.

Action Requested: Modified.

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
#### *(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution   ☐ No   ☑ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.*

| Inmate's Signature: | Date: |
|---|---|

| ☐ | Preliminary Review Requested |
|---|---|

| Grievance Coordinator/Officer Signature: | Date:<br>Jun 11, 2019 |
|---|---|

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

| | |
|---|---|
| **OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES** | Form.: 7102R |
| **DISPOSITION FORM** | Eff.: 9/14/18 |
| | Ref.: Dir. 3376R-A |

| Grievance Reference #:<br>K-608/19  225716 | Date Filed:<br>Jul 5, 2019 | Facility:<br>AMKC W17LB |
|---|---|---|
| Inmate Name:<br>CURTIS McDANIEL | Book and Case#:<br>349-19-01551 | Category:<br>MED #12 |

From OCGS Inmate Statement Form, print or type short description of grievance:

Grievant alleges lack of proper medical and dental care.

Action Requested by Inmate:    To receive proper medical/dental care.

## STEP 1: FORMAL RESOLUTION

Check one box: ☑ Grievance    ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

On 7/5/19, the OCGS reviewed your grievance and decided to send it to the Medical Unit to address

Action Requested: Modified

## CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
### *(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution    ☑ No    ☑ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer.  You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.*

| Inmate's Signature: | Date: |
|---|---|

☐    Preliminary Review Requested

| Grievance Coordinator/Officer Signature: | Date:<br>Jul 5, 2019 |
|---|---|




# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## DISPOSITION FORM

Form.: 7102R
Eff.: 9/14/18
Ref.: Dir. 3376R-A

| Grievance Reference #: NG#22  19864 | Date Filed: Jun 10, 2019 | Facility: AMKC W17LB |
|---|---|---|

| Inmate Name: CURTIS McDANIEL | Book and Case#: 349-19-01551 | Category: STAFF #4 |
|---|---|---|

From OCGS Inmate Statement Form, print or type short description of grievance:

Grievant states that he was beat up by two inmates as the Officer held him down at the end of the fight
He asked that they get his property as they took him out the housing area; to no avail. The other inmate stole
some of his clothes and food. He further states that he is threatened by NYCD Staff using other inmates to
beat him up 6/2/19.

Action Requested by Inmate:  To  have people charged and fired.

---

### STEP 1: FORMAL RESOLUTION

Check one box: ☐ Grievance    ☑ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below.
Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

On 6/10/19, the OCGS reviewed your complaint and determined that it is not under the purview of the
IGRP. It was forwarded to the Head of the Facility to address.

Action Requested: Modified.

---

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution    ☐ No    ☐ I request to appeal the resolution of this grievance to the Commanding officer.

Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer.  You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.

| Inmate's Signature: | Date: |
|---|---|

☐    Preliminary Review Requested

| Grievance Coordinator/Officer Signature: | Date: Jun 10, 2019 |
|---|---|

ATTACHMENT C



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES

### DISPOSITION FORM

| | |
|---|---|
| Form.: 7102R | Eff.: 9/14/18 |
| | Ref.: Dir. 3376R-A |

| Grievance Reference #: NG#12 221290 | Date Filed: Jun 17, 2019 | Facility: AMKC W17LB |
|---|---|---|

| Inmate Name: CURTIS McDANIEL | Book and Case#: 349-19-01551 | Category: MED #12 |
|---|---|---|

From OCGS Inmate Statement Form, print or type short description of grievance:

Grievant states that on 6/14/19, he was denied medical care because the lady form the medical unit told him that she could not help him before he could tell her what was wrong. He further states that she told the Officer to give him a direct order to leave the clinic.

Action Requested by Inmate: To have the steady sick call person, a new one and put this one on probation.

---

### STEP 1: FORMAL RESOLUTION

Check one box: ☑ Grievance  ☑ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

On 6/17/19, the OCGS reviewed your complaint and determined that it is not under the purview of the IGRP. It was forwarded to the Medical Unit to address.

Action Requested: Modified.

---

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☑ Yes, I accept the resolution  ☑ No  ☑ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.*

| Inmate's Signature: | Date: |
|---|---|

| ☑ Preliminary Review Requested | |
|---|---|

| Grievance Coordinator/Officer Signature: | Date: Jun 17, 2019 |
|---|---|

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## DISPOSITION FORM



| | |
|---|---|
| Form.: 7102R | |
| Eff.: 9/14/18 | |
| Ref.: Dir. 3376R-A | |

| Grievance Reference #:<br>K-567/19 220902 | Date Filed:<br>Jun 14, 2019 | Facility:<br>AMKC W17LB |
|---|---|---|
| Inmate Name:<br>CURTIS McDANIEL | Book and Case#:<br>349-19-01551 | Category:<br>MED #12 |

From OCGS Inmate Statement Form, print or type short description of grievance:

Grievant states that he is not receiving his medication for his bladder infection and prostrate infection.

Action Requested by Inmate: To finish getting better with his medication and any other treatment needed.

### STEP 1: FORMAL RESOLUTION

Check one box: ☑ Grievance  ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

On 6/14/19, the OCGS reviewed your complaint and determined it is not under the purview of the IGRP. I was forwarded to the Medical Unit to address

Action Requested: Modified.

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution  ☐ No  ☑ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.*

| Inmate's Signature: | Date: |
|---|---|

| ☐ Preliminary Review Requested |
|---|

| Grievance Coordinator/Officer Signature: | Date:<br>Jun 14, 2019 |
|---|---|



**MCDANIEL, CURTIS O**
NYSID: 00474252R  BookCase: 3491901551
Facility Code: AMKC  Housing Area: W17LB
29 Y old  Male, DOB: 08/05/1989
Account Number: 126649
2745 FDR BLVD, 2C, 7, NY, NY-10031

Insurance: Self Pay
Appointment Facility: Anna M. Kross Correctional Facility

06/26/2019                                    Appointment Provider: Jeanty Francois, PA

### Current Medications
**Taking**
- Multivitamin Adult - Tablet Total Dose: 1 tablet Daily, stop date 08/11/2019, KOP: No, Drug Source: Pharmacy
- Symbicort 80-4.5 MCG/ACT Aerosol Total Dose: 2 puffs Every 12 Hours, stop date 09/02/2019, KOP: No, Drug Source: Pharmacy
- Probiotic - Tablet Delayed Release Total Dose: 1 tab Daily, stop date 07/14/2019, KOP: No, Drug Source: Pharmacy
- Cipro 500 MG Tablet Total Dose: 1 tab Twice a Day, stop date 07/01/2019, KOP: No, Drug Source: Pharmacy

### Past Medical History
Chickenpox
Chlamydia

### Allergies
FISH: hives: Allergy
MILK: diarrhea: Allergy

**Reason for Appointment**
1. PROSTATITIS- F/U US

**History of Present Illness**
Notes::
    PT WAS NOT SEEN FOR SCHEDULED APPOINTMENT BECAUSE HE WAS NOT PRODUCED BY DOC. PT WILL BE RESCHEDULED WITHIN 2-3 WEEKS.NOTE BEING LOCKED FOR PURPOSE OF RECONCILING CHART AS PER SMD.

**Appointment Provider: Jeanty Francois, PA**



**Electronically signed by Francois Jeanty , PA on 06/26/2019 at 08:25 PM EDT**

**Sign off status: Completed**

Anna M. Kross Correctional Facility
18-18 Hazen Street
East Elmhurst, NY 11370
Tel: 347-774-7000
Fax: 347-774-8088

Patient: MCDANIEL, CURTIS O   DOB: 08/05/1989   Progress Note: Jeanty Francois, PA   06/26/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

| Anna M. Kross Correctional Facility | Curt Walker, PA |
|---|---|
| 18-18 Hazen Street  East Elmhurst, NY 11370 | Physician Assistant |
| Tel: 347-774-7000   Fax: 347-774-8088 | |

| Patient: | MCDANIEL, CURTIS O | 01/02/2020 |
|---|---|---|
| DOB: | 08/05/1989, Sex: Male | |
| Address: | 2745 FDR BLVD, 2C, 7, NY, NY 10031 | |
| Phone: | | |

| Ordered Date: | 05/06/2019 |
|---|---|
| Assessments: | Frequency of micturition |
| Lab: | Ultrasound: Pelvis |
| Fasting: | No |
| Specimen: | Collection Date:05/08/2019   Time:2:38 PM |
| Clinical Info: | |

| Name | Value | Reference Range |
|---|---|---|
| Result: | Abnormal/Positive/Reactive | |
| Received Date: | 05/09/2019 | |
| Notes: | Viera,David 5/16/2019 11:59:48 AM > FINDINGS: The bladder is smooth in outline with a pre-void volume of 641 cc of urine. After voiding, there is increased post-void residual of 83 cc of urine noted. The bladder impressed upon by prostate that measures 53.0 cc of volume. IMPRESSION: Smooth appearing bladder with increased post-void residual of 83 cc. The prostate is mildly enlarged in size. Further clinical evaluation is suggested. PROVIDER & SMD'd NOTIFIED. Report Electronically Signed by: Michael Shapiro Report Electronically Signed on: 05/09/2019 06:30 AM | |

Patient Name: MCDANIEL, CURTIS O , DOB: 08/05/1989

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**
CURTIS  MCDANIEL
**NYSID:**
00474252R

**Latest Book and Case#:**
3491901551
**Patient Facility:**
AMKC

901 - Ultrasound: Abdomen and Pelvis
------------------------------------
NYSID: 00474252R                    Book and Case: 3491901551Pt Name:CURTIS
MCDANIEL
~~CLINICAL HISTORY:  Pain.
------------------------------------
TECHNIQUE:  Transabdominal pelvic sonogram.
------------------------------------
FINDINGS:  The pre-void volume of the urinary bladder is 681 mL.  The
postvoid volume is 25 mL.  No polypoid$ lesion or calculi of bladder are
present.  Prostate is normal in size.
------------------------------------
IMPRESSION:
------------------------------------
No acute disease.
------------------------------------
------------------------------------
STUDY:  ABDOMINAL SONOGRAM
------------------------------------
CLINICAL HISTORY:  Abdominal pain.
------------------------------------
TECHNIQUE:  Abdominal sonogram.
------------------------------------
FINDINGS:  The common bile duct is 0.2 cm in AP diameter.  Liver is 14.2 cm
in length without focal metastatic$ disease or biliary duct dilatation.
Gallbladder is normal without calculi.  Pancreas is normal without$ mass.
Spleen is 12.1 cm in length without focal lesion.  Right kidney is 9.0 x 5.9
cm in size.  Left$ kidney is 9.5 x 6.6 cm in size.  No renal mass, renal cyst,
hydronephrosis or renal calculi identified.$  The corticomedullary junction
of both kidneys is poorly seen suspicious of medical disease of kidneys.
------------------------------------
IMPRESSION:
------------------------------------
Question medical disease of the kidneys.  Otherwise, no acute disease.
~
~Electronically Signed by: Schliftman, Ronald
~~Signed On: Dec 11 2019  6:50AM
Ordered By: WALKER, CURT

_____

External Attachment:

  Type:     Image
  Comment:  Image Link

Signed By: Viera, David at 12/11/2019 10:16:40 AM

1 of 1

# NYC HEALTH+HOSPITALS | Correctional Health Services

**Patient Name:**
CURTIS  MCDANIEL
**NYSID:**
 00474252R

**Latest Book and Case#:**
3491901551
**Patient Facility:**
AMKC

## MED - Indirect Encounter Note
Reason: Renal Consult AMKC
Note: Renal consult for   abnormal imaging by ultrasound. Ecw chart, CHER, consult request, recent clinical and lab data   and imaging studies were reviewed.
Patient is a 30 years old male with history of multiple substance use including cocaine, cannabis, opioid.   Patient is currently at AMKC.   Current medications are reviewed.
   Recent VS (12/11/19) Blood Pressure: 116/18 mm Hg, Pulse 74/min Resp 16/min Temp 97.3 deg F
   Lab/Documents review
      Creatinine on: (6/14/19) 0.95 (e GFR 108-125 ml/min) (5/7/19): 0.9
      Others
   (6/14/19) Na 139 K 4.2    HbA1C: 4.7 Hb: 15.1
   Urinalysis (9/27/19): Blood: none Glucose: none; Protein: none
   (4/23/19): Blood: none Glucose: none; Protein: none
Renal/bladder Imaging studies:
(12/10/19) Post void bladder volume: 25 ml. Right kidney 9 cm Left kidney 9.5 cm No mass/cyst/hydronephrosis. Cortico medullary junction poorly seen bilaterally.
(6/18/19) Enlarged prostate, PVR 46 cc. Normal renal sonogram

## New Rx, New Orders, New Allergies, New Problems
**New Problems:**
Abnormal radiologic findings on diagnostic imaging of renal pelvis, ureter, or bladder (ICD10-R93.41)

## MED - Assessment & Plan

Patient: **CURTIS MCDANIEL**   DOB: **08/05/1989**   Age: **30 Years Old**
Book & Case #: 3491901551   NYSID: **00474252R**
Facility: **AMKC**   Housing Area: **W17LB**

**Allergy Review**
**MILK (Moderate)**
**fish derived (Moderate)**


Specialty:
**Nephrology**

**Assessment:**
**Problem # 1:**
Abnormal radiologic findings on diagnostic imaging of renal pelvis - ureter - or bladder (ICD10-R93.41) - New Problem
Abnormal renal imaging on ultrasound
CKD risks:     h/o cocaine and opioid use
Suggestions:
Check Blood chemistry including Ca, Phos once and if stable every 6 months and when clinical condition changes

1 of 2

**Correctional Health Services**
55 Water Street 18th Fl
New York, NY  10041

1/2/2020

Order Form

## REFERRAL ORDER

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Mohammad Ahsan MD | **Service Provider:** | CHS |
| **Auth Provider NPI:** | 1891753000 | | |
| **Signing Provider:** | Mohammad Ahsan MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | CURTIS  MCDANIEL | **DOB:** | Aug 05, 1989 | **Age:** | 30 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 24490 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| BELLEGU | Referral - Bellevue, G.U. | DYSURIA () |
| **Order Number:** | 178770-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** |
| **Start Date:** | 09/30/2019 | **End Date:** 11/29/2038 |
| **Electronically signed by:** Mohammad Ahsan MD | | **Signed on:** 9/30/2019 10:45:35 AM |

**Instructions:** 28 YO male requesting GU F/U. Patient had Telehealth evaluation on 7/1/2019 and F/U after 15 days recommended. Please evaluate the patient and advice.

1 of 1

# Damages

From various claims I'm seeking
money amounts from General, Special,
and Punitive Damages. The emotional/
mental/humiliating Distress, lack of
Jurisdiction, physical injury, defamation,
loss of employment opportunities, injury
to reputation, legal cost in defending
the original action, transportation. harm
legally caused by any arrest or imprisonment
suffered by him during the course of the
proceeding, psychiatric treatment, personal
animosity and reckless disregard of my
rights, Consortium, impersonation, and loss
of wages because of the proceeding, arrest,
Conspiracy, and imprisonment. More over
denial/discharged of employment for
me because of the original action
entitles me to recover damages. There
was a ton of medical indifference and
delay. Further more the excessive force
on 6/18/19 and the hazardous food in retaliation.
By clearly hiding my correct 80301a motions the
Continuance of the proceeding without
regard for my right and possessing

Bare Hill Correctional Facility
Caller Box 20, 181 Branch Road
Malone, New York 12953
Curtis McDaniel Din 20A0242

USM P3
SDNY



CERTIFIED MAIL

7019 1120 0001 7313 5650




04/02/2020
US POSTAGE $011.80

4/02/2020
US POSTAGE $002.10

Pro Se Office Unit
500 Pearl Street
New York, N.Y. 10007