UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS McDANIEL,

                Plaintiff,

-against-

THE PEOPLE OF THE CITY OF NEW YORK, et al.,

                Defendants.

19-CV-11265 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

    Plaintiff, while detained on Rikers Island, filed this *pro se* action under 42 U.S.C. § 1983. On August 28, 2020, the Court granted Plaintiff leave to submit a second amended complaint within 30 days. On September 9, 2020, the Court received a letter from Plaintiff requesting additional time to comply.[1] (ECF No. 14.) Plaintiff's request for an extension of time to file the second amended complaint is GRANTED.

    The Court grants Plaintiff an additional 60 days from the date of this order. Plaintiff should note that the order does not require him to make legal arguments or include any evidence, but simply to allege facts suggesting that the named defendants violated his rights during his arrest, subsequent detention, and criminal proceedings. Plaintiff should only allege claims arising out of his July 14, 2015 arrest. Thus, there is no need at this juncture for Plaintiff to do legal research or obtain additional information.

    The Court grants Plaintiff leave to file his second amended complaint, as specified by the August 28, 2020 order, within 60 days of the date of this order. No further extensions will be granted. If Plaintiff fails to comply within the time allowed and cannot show good cause to

---

[1] Plaintiff also requested a copy of the 94-page amended complaint. On September 11, 2020, the Clerk's Office informed him of the procedure to obtain a copy of the amended complaint.

2

excuse such failure, this action will be dismissed for failure to state a claim upon which relief may be granted.

SO ORDERED.

Dated:   September 15, 2020
        New York, New York

                                                           *Louis L. Stanton*
                                                           Louis L. Stanton
                                                               U.S.D.J.