```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CURTIS MCDANIEL,                          :
                                          :      19-CV-11265 (AT) (RWL)
                          Plaintiff,      :
                                          :      ORDER
          - against -                     :
                                          :
THE PEOPLE OF THE CITY OF NEW YORK,       :
et al.,                                   :
                                          :
                          Defendants.     :
---------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 4/7/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's most recent letter concerning the Court's order for Plaintiff to file a Third Amended Complaint. Plaintiff acknowledges that the Court's orders are "now" clear. Accordingly, the requirement to file by **April 30, 2021**, a Third Amended Complaint in compliance with this Court's order of March 24, 2021, remains in place. Failure to timely comply with this and previous orders may result in dismissal of Plaintiff's claims.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 7, 2021
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

   Curtis McDaniel
   20-A-0242
   Bare Hill Correctional Facility

1

181 Brand Rd.
Malone, NY 12953

Case 1:19-cv-11265-AT-RWL   Document 35   Filed 04/07/21   Page 2 of 2