UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CURTIS MCDANIEL,

                Plaintiff,

        - against -

THE PEOPLE OF THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

19-CV-11265 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On July 12, 2021, Defendants filed a motion to dismiss. Accordingly, Plaintiff shall file any opposition by **August 26, 2021**, and Defendants shall file any reply by **September 9, 2021**.

SO ORDERED.

7/14/2021
_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 14, 2021
       New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff and note service on the docket:

Curtis McDaniel
20-A-0242
Bare Hill Correctional Facility
181 Brand Rd.
Malone, NY 12953