```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CURTIS MCDANIEL,                              :
                                              :    19-CV-11265 (AT) (RWL)
                        Plaintiff,            :
                                              :
         - against -                          :    ORDER
                                              :
THE PEOPLE OF THE CITY OF NEW YORK,           :
et al.,                                       :
                                              :
                        Defendants.           :
                                              :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendants' request to stay discovery pending resolution of their motion to dismiss is GRANTED. Discovery is hereby stayed.

SO ORDERED.

7/14/2021

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 14, 2021
       New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff and note service on the docket:

Curtis McDaniel
20-A-0242
Bare Hill Correctional Facility
181 Brand Rd.
Malone, NY 12953