UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CURTIS McDANIEL,

                Plaintiff,

    -against-

THE PEOPLE OF THE CITY OF NEW YORK,
et al.,

               Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/2022

19 CIVIL 11265 (AT)(RWL)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 24, 2022, the R&R is ADOPTED in its entirety, Defendants' motion to dismiss is GRANTED, and Plaintiff's third amended complaint is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       March 24, 2022

                                                  RUBY J. KRAJICK

                                                  Clerk of Court

                       BY:

                                                     Deputy Clerk